# Exhibit C

 Astatula Elementary School                                                                                    Log In

Home    Catalog

Library Search > Search Results > "Aristotle and Dante discover the secrets of the universe" > **Search Results**

**Library Search**

**Destiny Discover**

**Español**

How do I... ?

**Searched for (HB 1557). Searched in: Lake County Schools.**                    Printable

[Not what you're looking for? Refine your search? Browse Subjects?]

| Titles: 1 - 44 of 44 | Sort By Relevance  Go | 1  2  Show All |

 **And Tango makes three : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
Call #: E RIC          Richardson, Justin, 1963-
Published 2005
Reading Level: 2.6   Interest Level: 5-8
Lexile: AD720L

**No local copies**
2 of 3 available off-site

 **In our mothers' house : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
Call #: E POL          Polacco, Patricia.
Published 2009
Reading Level: 3.9   Interest Level: 5-8
Lexile: AD750L

**No local copies**
1 of 1 available off-site

 **Alex and Alex : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
Call #: E HAN          Hanaor, Ziggy.
Published 2021

**No local copies**
1 of 1 available off-site

 **Antonio's card / La tarjeta de Antonio / cuento, Rigoberto González ; ilustraciones, Cecilia Concepción Álvarez./AVAILABLE TO GRADES 4 AND UP ONLY PER**   Details
Call #: FIC GON        González, Rigoberto.
Published 2005
Reading Level: 3.8   Interest Level: 3-6

**No local copies**
0 of 1 available off-site

**Aristotle and Dante discover the secrets of the universe / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
Call #: F Sae          Sáenz, Benjamin Alire.
Sublocation: Realistic Fiction
Published 2014
Interest Level: Young Adult
Lexile: HL380L
★★★★☆

**No local copies**
0 of 2 available off-site


**Being Jazz : my life as a (transgender) teen /AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
 Call #: 92 Jen        Jennings, Jazz.
 Published 2017
 Interest Level: Young Adult
 Lexile: 1120L

**No local copies**
1 of 2 available off-site


**The best man / : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
 Call #: F PEC - DD        Peck, Richard.
 Sublocation: DD - Navigating Friendship & Life
 Published 2017
 Lexile: 540L

**No local copies**
1 of 1 available off-site


**The best man / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
 Call #: F PEC        Peck, Richard, 1934-
 Published 2016
 Reading Level: 4.1  Interest Level: 3-6
 Lexile: 540L

**No local copies**
5 of 7 available off-site


**Boy meets ghoul / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
 Call #: F MIL        Milano, Birdie.
 Sublocation: DD - Adventure
 Published 2019
 Interest Level: Young Adult

**No local copies**
1 of 1 available off-site


**A day in the life of Marlon Bundo : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
 Call #: [E]        Bundo, Marlon (Rabbit)
 Published 2018
 Reading Level: 3.1  Interest Level: 5-8

**No local copies**
No off-site copies


**The deep & dark blue : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
 Call #: 741.5 SMI        Smith, Niki.
 Published 2020
 Reading Level: 4.1  Interest Level: 3-6

**No local copies**
1 of 2 available off-site


**Drawing on walls : a story of Keith Haring / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
 Call #: B HAR        Burgess, Matthew,
 Sublocation: CLASSROOM LIBRARY
 Published 2020

**No local copies**
1 of 1 available off-site


**A family is a family is a family : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
 Call #: E OLE        O'leary, Sara.
 Published 2016
 Reading Level: 2.3  Interest Level: K-3

**No local copies**
0 of 1 available off-site


**From the notebooks of Melanin Sun / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**
Details
Call #: F WOO       Woodson, Jacqueline.
Published 1995
Reading Level: 6.0  Interest Level: Young Adult
Lexile: 690L

**No local copies**
3 of 3 available off-site


**Harriet gets carried away / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
Call #: [E]       Sima, Jessie.
Published 2018
Reading Level: 2.5  Interest Level: K-3
Lexile: AD520L

**No local copies**
2 of 2 available off-site


**A home for goddesses and dogs / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**
Details
Call #: F CON       Connor, Leslie.
Published 2020
Reading Level: 4.0  Interest Level: 5-8
Lexile: HL570L

**No local copies**
8 of 8 available off-site


**Ho'onani : hula warrior /AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
Call #: E GAL       Gale, Heather (Children's author)
Published 2019
Reading Level: 2.4  Interest Level: K-3

**No local copies**
5 of 6 available off-site


**Hurricane Child / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
Call #: F CAL       Callender, Kacen.
Published 2018
Reading Level: 6.0  Interest Level: 3-6
Lexile: 1010L

**No local copies**
3 of 3 available off-site


**The insiders / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
Call #: F OSH       Oshiro, Mark.
Published 2021
Interest Level: 5-8

**No local copies**
3 of 3 available off-site


**Ivy Aberdeen's letter to the world / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**
Details
Call #: FIC BLA       Blake, Ashley Herring.
Sublocation: 4-5
Published 2019
Reading Level: 5.3  Interest Level: 3-6
Lexile: 740L

**No local copies**
31 of 33 available off-site


**Julián at the wedding / : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
Call #: E LOV       Love, Jessica.
Published 2020
Reading Level: 0.7  Interest Level: K-3

**No local copies**
3 of 3 available off-site


**Julián is a mermaid / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**  Details
- Call #: E LOV        Love, Jessica.
- Published 2018
- Reading Level: 0.7  Interest Level: K-3
- Lexile: 190L

**No local copies**
3 of 4 available off-site


**The list of things that will not change / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**  Details
- Call #: F STE        Stead, Rebecca,
- Sublocation: Family
- Published 2020
- Reading Level: 4.7  Interest Level: 3-6
- Lexile: 680L

**No local copies**
13 of 13 available off-site


**The Lotterys more or less / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**  
- Call #: F Don        Donoghue, Emma, 1969-
- Sublocation: Realistic Fiction
- Published 2018
- Reading Level: 5.9  Interest Level: 3-6

**No local copies**
1 of 1 available off-site


**The magic misfits: the minor third / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**  Details
- Call #: F HAR        Harris, Neil Patrick, 1973-
- Sublocation: GENRE~ ACTION ADVENTURE
- Published 2019
- Reading Level: 7.0  Interest Level: 3-6

**No local copies**
1 of 1 available off-site

**The magic misfits: the minor third / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**  Details
- Call #: F HAR        Harris, Neil Patrick, 1973-
- Sublocation: FANTASY
- Published 2020
- Reading Level: 5.2  Interest Level: 3-6

**No local copies**
1 of 1 available off-site

**Magic misfits: the second story / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**  Details
- Call #: F HAR        Harris, Neil Patrick, 1973-
- Sublocation: FANTASY
- Published 2019
- Reading Level: 5.0  Interest Level: 3-6

**No local copies**
1 of 1 available off-site


**Magic misfits: the second story / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**  Details
- Call #: F HAR        Harris, Neil Patrick, 1973-
- Sublocation: GENRE~ ACTION ADVENTURE
- Published 2018
- Reading Level: 5.2  Interest Level: 3-6

**No local copies**
1 of 1 available off-site

| | | |
|---|---|---|
|  | **Marvin Redpost : is he a girl? / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557** <br>Call #: F SAC     Sachar, Louis, 1954-<br>Published 1993<br>Reading Level: 2.5  Interest Level: 3-6 | **No local copies**<br>8 of 8 available off-site |
|  | **Megan Rapinoe : World Cup champion / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557** <br>Call #: B RAP     Chandler, Matt.<br>Series: Stars of sports<br>Published 2021<br>Lexile: 750L | **No local copies**<br>1 of 1 available off-site |
|  | **Milo imagines the world -AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557** <br>Call #: E DE       de la Peña, Matt,<br>Published 2021<br>Reading Level: 4.4  Interest Level: K-3<br>Accelerated Reader® Level: 4.6 / 0.5 pts.<br>Lexile: AD980L | **1 of 1 available locally**<br>9 of 9 available off-site |
|  | **The only black girls in town / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**<br>Call #: F COL     Colbert, Brandy.<br>Published 2020<br>Reading Level: 4.5  Interest Level: 3-6 | **No local copies**<br>6 of 7 available off-site |
|  | **The only black girls in town / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**<br>Call #: F COL     Colbert, Brandy.<br>Published 2021<br>Reading Level: 4.5  Interest Level: 3-6 | **No local copies**<br>1 of 1 available off-site |
|  | **Our subway baby / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**<br>Call #: 306.874     Mercurio, Peter.<br>Published 2020<br>Reading Level: 2.3  Interest Level: K-3 | **No local copies**<br>1 of 1 available off-site |
| | **"Pink is a girl color" : --and other silly things people say /AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**<br>Call #: F DRA     Drageset, Stacy, 1969-<br>Published 2015<br>Reading Level: 2.7  Interest Level: 3-6 | **No local copies**<br>1 of 1 available off-site |
|  | **Pink is for boys / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**<br>Call #: E PEA     Pearlman, Robb.<br>Published 2018 | **No local copies**<br>1 of 1 available off-site |


**Rise up! : the art of protest / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**
Details
Call #: 322.4 RIP     Rippon, Jo.
Published 2020
Lexile: 1130L

**1 of 1 available locally**
**2 of 2 available off-site**


**This would make a good story someday / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**
Details
Call #: F LEV     Levy, Dana Alison,
Sublocation: Family
Published 2017
Lexile: 860L

**No local copies**
**5 of 6 available off-site**


**To Night Owl from Dogfish / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**
Details
Call #: F SLO     Sloan, Holly Goldberg, 1958-
Sublocation: Family
Published 2020
Reading Level: 5.6   Interest Level: 3-6

**No local copies**
**1 of 1 available off-site**


**Too bright to see / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**
Details
Call #: F LUK     Lukoff, Kyle.
Published 2021
Reading Level: 5.1   Interest Level: 3-6

**No local copies**
**3 of 3 available off-site**


**We move the world / : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**
Details
Call #: 303.4 LAV     Lavelle, Kari.
Published 2021

**No local copies**
**2 of 3 available off-site**


**What are your words? : a book about pronouns / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**
Details
Call #: E LOC     Locke, Katherine.
Published 2021

**No local copies**
**1 of 1 available off-site**

**When Aidan became a brother / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**
Details
Call #: E LUK     Lukoff, Kyle.
Published 2019

**No local copies**
**3 of 3 available off-site**


**Zeke Meeks vs. the gruesome girls / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**
Details
Call #: F GRE     Green, D. L. (Debra L.)
Series: Zeke Meeks.
Published 2012
Reading Level: 3.0   Interest Level: K-3
Lexile: 500L

**No local copies**
**5 of 5 available off-site**

**Titles: 1 - 44 of 44**              1  2  Show All

©2002-2023 Follett School Solutions, LLC    20_0_0_RC3    5/29/2023 2:50 PM EDT