UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Peter Parnell, *et al.*,<br><br>               Plaintiffs,<br><br>    v.<br><br>School Board of Lake County, Florida, *et al.*,<br><br>               Defendants. | Case No. 23-cv-381 |

**DECLARATION OF PLAINTIFF JUSTIN RICHARDSON IN SUPPORT OF PLAINTIFFS JUSTIN RICHARDSON, PETER PARNELL, D.S., E.S., AND M.H.'S MOTION FOR PRELIMINARY INJUNCTION**

I, JUSTIN RICHARDSON, declare the following under penalty of perjury:

1. I am over the age of 18 and have personal knowledge of the facts in this declaration.

2. I am an award-winning clinical and academic psychiatrist and a children's book author.

3. I reside in New York City with my husband, Peter Parnell, and my daughter.

4. Peter Parnell and I co-wrote the children's book *Christian, the Hugging Lion*—based on a true story about a lion born in captivity and reintroduced to the wild—and published it in 2010.

5.     Peter Parnell and I co-wrote the children's book *And Tango Makes Three* ("*Tango*"). Tango tells the true story of Roy and Silo, two male chinstrap penguins that resided at the Central Park Zoo. According to newspaper reports, by 2004, Roy and Silo had been devoted to one another for nearly six years.

6.     A conscientious zookeeper noticed the relationship between the two penguins and concluded that the penguins had formed a pair bond. The zookeeper observed the pair building a nest and attempting to incubate an egg-shaped rock. Roy and Silo seemed so desperate to incubate an egg together that they put a rock in their nest and sat on it, keeping it warm in the folds of their abdomens.

7.     To test their readiness to incubate a live egg, the zookeeper first gave the pair a dummy egg and observed their incubation behaviors. Betty and Porkey, another penguin pair, had previously hatched their own eggs but had never been able to successfully hatch more than one at a time. When Betty laid two fertile eggs, the zookeeper then gave one egg to Roy and Silo to allow both eggs to hatch and both chicks to thrive. Roy and Silo successfully incubated the egg and adopted and raised the resulting chick, which zookeepers named Tango.

8.     News outlets across the country reported on Roy, Silo, and Tango. When Peter Parnell and I read about Roy, Silo, and Tango, we recognized that

2

the penguins' tale was perfectly suited to a children's story.

9. Peter Parnell and I then wrote *Tango*, and Simon & Schuster published it in 2005. It has since been published in 15 languages and on four continents. Simon & Schuster markets it as a fiction book most suitable for young children but appropriate for all ages.

10. *Tango* is appropriate for children. It contains no obscenity or vulgarity of any kind. It does not contain any offensive language or sexually explicit content.

11. *Tango* is factually accurate. Roy, Silo, and Tango were all real, and the story of Roy and Silo's bond and Tango's adoption is nonfiction. It is a biological fact that same-sex behavior is common throughout the animal kingdom. *Tango* offers children a heartwarming and accessible introduction to an important area of animal science by telling the true story of easily relatable animals at a popular zoo. *Tango* helps children to learn about science through simple, non-vulgar words and illustrations.

12. *Tango* is lauded. It is an American Library Association Notable Children's Book, a Bank Street Best Book of the Year, a Nick Jr. Family Magazine Best Book of the Year, an ASPCA Henry Bergh Children's Book Award winner, and a BookSense Children's Pick. It has received the Gustavus Myers Outstanding Book Award and the Sheffield Children's Book Award, and has received starred reviews in Kirkus Reviews, School Library Journal,

Publishers Weekly, and Booklist. Tango is an Amazon Teachers' Pick and has been one of the top-selling books in Amazon's "Children's Books on Adoption" category for over 15 years.

13. *Tango* takes no position on policy. It does not lecture, hector, or tell children how to feel.

14. *Tango* depicts a family just like mine and Peter's—two same-sex parents raising a child together. Its meaning, message, and viewpoint are simple: Tango says that same-sex relationships and families with same-sex parents exist; that they can be happy, healthy, and loving; and that same-sex parents can adopt and raise healthy children.

15. Peter Parnell and I have a broader goal for Tango than merely selling copies or achieving critical acclaim. We seek to ensure the book is available to all interested readers, including in public school libraries for children who wish to learn about animal behavior, adoption, or family structures.

16. *Tango* has been available in public school libraries nationwide for more than 15 years. There is no evidence that *Tango*'s presence in these libraries has ever caused disciplinary disruptions or harm of any kind at any school, anywhere, at any time.

I certify under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

5

Dated:     New York, NY
                June 20, 2023

                                              *Justin Richardson*