UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Peter Parnell, *et al.*,

        Plaintiffs,

v.

School Board of Lake County, Florida, *et al.*,

        Defendants.

Case No. 23-cv-381

**DECLARATION OF ANN ROE IN SUPPORT OF PLANTIFFS PETER PARNELL, JUSTIN RICHARDSON, D.S., E.S., AND M.H.'S MOTION FOR PRELIMINARY INJUNCTION**

I, ANN ROE,[1] declare the following under penalty of perjury:

1. I am over the age of 18 and have personal knowledge of the facts in this declaration.

2. I am the primary caregiver and legal guardian of Plaintiffs D.S., E.S., and M.H., each of whom I plan to adopt. D.S. is six years old, E.S. is five years old, and M.H. is eight years old.

3. I am the biological grandmother of D.S. and E.S. I am not biologically related to M.H., but he has lived with me since he was four months old.

---

[1] I intend to promptly file a motion with this Court seeking to proceed under a pseudonym in this case. In addition, contemporaneous with signing this declaration, I have signed with my legal name a separate copy of this declaration. Counsel for Plaintiffs have a copy of that separate declaration.

M.H. is D.S. and E.S.'s half-brother, and I consider M.H. my chosen family member. All three boys refer to me as their "MeMa".

4. D.S., E.S., M.H., and I live together in Mount Dora, a city in Lake County, Florida.

5. All three children attend public school in Lake County, Florida. M.H. and D.S. attended Beverly Shores Elementary School this past year but will transfer to Triangle Elementary School in the upcoming school year. D.S. is entering first grade, and M.H. is entering third grade. E.S. will enter kindergarten at Triangle Elementary School in the upcoming school year.

6. To my knowledge, *Tango* is not part of D.S., E.S., or M.H.'s classroom curriculum. None of the children has ever been required to check *Tango* out from the school library.

7. D.S., E.S, and M.H. enjoy reading books with me. They often receive new books through Dolly Parton's Imagination Library, in addition to thrifting donated books and checking books out from D.S. and M.H.'s school library. E.S. is the biggest reader in the family and is usually the first to pick books for me to read to the children—after E.S. asks for me to read them a particular book, D.S. and M.H. will often jump in with their own suggestions.

8. D.S. wants to read *Tango* because of his interest in different family structures. Our family looks different from that of many of his friends and classmates at Beverly Shores Elementary School, who live in two-parent

2

households in which all of the children are biologically related to each other and both of their parents. I, his grandmother, am his primary caregiver, and he lives with M.H., a half-brother who is not biologically related to me. Our family's nontraditional structure has made D.S. want to learn more about different types of family units, including families with adopted children.

9. D.S. also wants to read *Tango* because of his fascination with animals and interest in becoming an "animal doctor" when he grows up. D.S. has a particular love of animals, including our family's three dogs. He also has a collection of toy animals, which he treasures. D.S. loves visiting the zoo with me and his brothers, E.S. and M.H.; the family recently visited the Central Florida Zoo in Sanford, Florida, to celebrate D.S.'s birthday. D.S.'s favorite animal is currently the pangolin.

10. D.S. wants to check *Tango* out from his school library in order to read the book with me. He would do so this upcoming fall semester at Triangle Elementary School but will be unable to do so because access to *Tango* has been restricted for kindergarten through third graders in Lake County public schools. If Lake County Schools' restrictions on *Tango* are removed, D.S. intends to check out *Tango* from his school library as soon as the fall semester commences.

11. E.S. is excited to start school this fall, where he will be able to pick new books to read from the Triangle Elementary library. E.S. wants to read

3

*Tango* because of his interest in different family structures. I, his grandmother, am his primary caregiver, and he lives with M.H., a half-brother who is not biologically related to me. Our family's nontraditional structure has made E.S. want to learn more about different types of family units, including families with adopted children.

12. E.S. wants to check *Tango* out from his school library in order to read the book with me. He would do so this upcoming fall semester at Triangle Elementary School but will be unable to do so because access to *Tango* has been restricted for kindergarten through third graders in Lake County public schools. If Lake County Schools' restrictions on *Tango* are removed, E.S. intends to check out *Tango* from his school library as soon as the fall semester commences.

13. M.H. wants to read *Tango* because of his interest in different family structures. I am not his biological relative, but I am his primary caregiver and intend to adopt him. M.H. has a close relationship with me, and he sees me as part of his family even though I am not biologically related to him. M.H. likes to draw pictures of his family. M.H.'s pictures will often include me, D.S., E.S., and himself with a heart next to the four figures. He tells me that the drawings are of his family. Our family's nontraditional structure has made M.H. want to learn more about different types of family units, including families with adopted children.

14.     M.H. wants to check *Tango* out from his school library in order to read the book with me. He would do so this upcoming fall semester at Triangle Elementary School but will be unable to do so because access to *Tango* has been restricted for kindergarten through third graders in Lake County public schools. If Lake County Schools' restrictions on *Tango* are removed, M.H. intends to check out *Tango* from his school library as soon as the fall semester commences.

I certify under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Dated:   Mount Dora, FL
         June 20, 2023

*Ann Roe*