UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Peter Parnell, *et al.*,

                Plaintiffs,

    v.

School Board of Lake County, Florida, *et al.*,

                Defendants.

Case No. 23-cv-381

## DECLARATION OF FAITH E. GAY IN SUPPORT OF PLAINTIFFS JUSTIN RICHARDSON, PETER PARNELL, D.S., E.S., AND M.H.'S MOTION FOR PRELIMINARY INJUNCTION

FAITH E. GAY, an attorney duly admitted to practice law before this Court, declares the following under penalty of perjury:

1. I am a partner at the law firm of Selendy Gay Elsberg PLLC, and counsel for Plaintiffs in the above-captioned matter. I am a member in good standing of the Bar of the United States District Court for the Middle District of Florida.

2. I respectfully submit this declaration in support of Plaintiffs Peter Parnell, Justin Richardson, D.S., E.S., and M.H.'s Motion for Preliminary Injunction, dated June 21, 2023, and filed contemporaneously herewith. I make this Declaration based on my personal knowledge.

3. Attached hereto as **Exhibit A** is a true and correct copy of the children's book *And Tango Makes Three*.

4. Attached hereto as **Exhibit B** is a true and correct copy of the search results for the term "HB 1557" in Follett Destiny, an online catalog and database of books held by Lake County public school libraries. The search results contained in Exhibit B show all 40 books in the Lake County school library system that, as of May 29, 2023, were designated as "available to grades 4 and up only per HB 1557."

5. Attached hereto as **Exhibit C** is a true and correct composite of the individual Follett Destiny catalog listings for each of the 40 books identified in Exhibit B as "available to grades 4 and up only per HB 1557."

6. Attached hereto as **Exhibit D** is a true and correct copy of an e-mail in response to a public records request filed by the Florida Freedom to Read Project. The public records request asked for documents "regarding book challenges, reviews, removals, and restrictions." In response, Laine Obando, Executive Director of Curriculum, Instruction, and Assessment at Lake County Schools, stated that *And Tango Makes Three* was "[a]dministratively removed due to content regarding sexual orientation/gender identification prohibited in HB 1557" at some point between July 1, 2022 and December 11, 2022.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Follett Destiny catalog listing for the children's book *A New Barker in the House*, as available in Lake County public school libraries.

I certify under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Dated: New York, NY
      June 21, 2023

/s/    *Faith E. Gay*
       Faith E. Gay