# Exhibit B

 **Astatula Elementary School**                                                                                  Log In

**Home**   **Catalog**

Library Search > Search Results > "Aristotle and Dante discover the secrets of the universe" > **Search Results**

**Library Search**

**Destiny Discover**

**Español**

How do I... ❓

**Searched for (HB 1557). Searched in: Lake County Schools.**   [Printable]

[Not what you're looking for? Refine your search? Browse Subjects?]

**Titles: 1 - 44 of 44**      Sort By [Relevance ▼] [Go]      **1  2  Show All**

---

**And Tango makes three : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**  [Details]
Call #: E RIC         Richardson, Justin, 1963-
Published 2005
Reading Level: 2.6   Interest Level: 5-8
Lexile: AD720L

**No local copies**
2 of 3 available off-site

---

**In our mothers' house : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**  [Details]
Call #: E POL         Polacco, Patricia.
Published 2009
Reading Level: 3.9   Interest Level: 5-8
Lexile: AD750L

**No local copies**
1 of 1 available off-site

---

**Alex and Alex : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**  [Details]
Call #: E HAN         Hanaor, Ziggy.
Published 2021

**No local copies**
1 of 1 available off-site

---

**Antonio's card / La tarjeta de Antonio / cuento, Rigoberto González ; ilustraciones, Cecilia Concepción Álvarez./AVAILABLE TO GRADES 4 AND UP ONLY PER**  [Details]
Call #: FIC GON        González, Rigoberto.
Published 2005
Reading Level: 3.8   Interest Level: 3-6

**No local copies**
0 of 1 available off-site

---

**Aristotle and Dante discover the secrets of the universe / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**  [Details]
Call #: F Sae         Sáenz, Benjamin Alire.
Sublocation: Realistic Fiction
Published 2014
Interest Level: Young Adult
Lexile: HL380L
★★★★☆

**No local copies**
0 of 2 available off-site



**Being Jazz : my life as a (transgender) teen /AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557** Details

Call #: 92 Jen      Jennings, Jazz.
Published 2017
Interest Level: Young Adult
Lexile: 1120L

**No local copies**
1 of 2 available off-site



**The best man / : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557** Details

Call #: F PEC - DD      Peck, Richard.
Sublocation: DD - Navigating Friendship & Life
Published 2017
Lexile: 540L

**No local copies**
1 of 1 available off-site



**The best man / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557** Details

Call #: F PEC      Peck, Richard, 1934-
Published 2016
Reading Level: 4.1   Interest Level: 3-6
Lexile: 540L

**No local copies**
5 of 7 available off-site



**Boy meets ghoul / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557** Details

Call #: F MIL      Milano, Birdie.
Sublocation: DD - Adventure
Published 2019
Interest Level: Young Adult

**No local copies**
1 of 1 available off-site



**A day in the life of Marlon Bundo : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557** Details

Call #: [E]      Bundo, Marlon (Rabbit)
Published 2018
Reading Level: 3.1   Interest Level: 5-8

**No local copies**
No off-site copies



**The deep & dark blue : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557** Details

Call #: 741.5 SMI      Smith, Niki.
Published 2020
Reading Level: 4.1   Interest Level: 3-6

**No local copies**
1 of 2 available off-site



**Drawing on walls : a story of Keith Haring / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557** Details

Call #: B HAR      Burgess, Matthew,
Sublocation: CLASSROOM LIBRARY
Published 2020

**No local copies**
1 of 1 available off-site



**A family is a family is a family : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557** Details

Call #: E OLE      O'leary, Sara.
Published 2016
Reading Level: 2.3   Interest Level: K-3

**No local copies**
0 of 1 available off-site


**From the notebooks of Melanin Sun / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**
Details
Call #: F WOO          Woodson, Jacqueline.
Published 1995
Reading Level: 6.0  Interest Level: Young Adult
Lexile: 690L

**No local copies**
3 of 3 available off-site


**Harriet gets carried away / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557** Details
Call #: [E]          Sima, Jessie.
Published 2018
Reading Level: 2.5  Interest Level: K-3
Lexile: AD520L

**No local copies**
2 of 2 available off-site


**A home for goddesses and dogs / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**
Details
Call #: F CON          Connor, Leslie.
Published 2020
Reading Level: 4.0  Interest Level: 5-8
Lexile: HL570L

**No local copies**
8 of 8 available off-site

**Ho'onani : hula warrior /AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557** Details
Call #: E GAL          Gale, Heather (Children's author)
Published 2019
Reading Level: 2.4  Interest Level: K-3

**No local copies**
5 of 6 available off-site


**Hurricane Child / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557** Details
Call #: F CAL          Callender, Kacen.
Published 2018
Reading Level: 6.0  Interest Level: 3-6
Lexile: 1010L

**No local copies**
3 of 3 available off-site


**The insiders / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557** Details
Call #: F OSH          Oshiro, Mark.
Published 2021
Interest Level: 5-8

**No local copies**
3 of 3 available off-site

**Ivy Aberdeen's letter to the world / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**
Details
Call #: FIC BLA          Blake, Ashley Herring.
Sublocation: 4-5
Published 2019
Reading Level: 5.3  Interest Level: 3-6
Lexile: 740L

**No local copies**
31 of 33 available off-site

**Julián at the wedding / : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557** Details
Call #: E LOV          Love, Jessica.
Published 2020
Reading Level: 0.7  Interest Level: K-3

**No local copies**
3 of 3 available off-site


**Julián is a mermaid / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
- Call #: E LOV        Love, Jessica.
- Published 2018
- Reading Level: 0.7   Interest Level: K-3
- Lexile: 190L

**No local copies**
3 of 4 available off-site


**The list of things that will not change / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
- Call #: F STE        Stead, Rebecca,
- Sublocation: Family
- Published 2020
- Reading Level: 4.7   Interest Level: 3-6
- Lexile: 680L

**No local copies**
13 of 13 available off-site


**The Lotterys more or less / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
- Call #: F Don        Donoghue, Emma, 1969-
- Sublocation: Realistic Fiction
- Published 2018
- Reading Level: 5.9   Interest Level: 3-6

**No local copies**
1 of 1 available off-site


**The magic misfits: the minor third / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
- Call #: F HAR        Harris, Neil Patrick, 1973-
- Sublocation: GENRE~ ACTION ADVENTURE
- Published 2019
- Reading Level: 7.0   Interest Level: 3-6

**No local copies**
1 of 1 available off-site


**The magic misfits: the minor third / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
- Call #: F HAR        Harris, Neil Patrick, 1973-
- Sublocation: FANTASY
- Published 2020
- Reading Level: 5.2   Interest Level: 3-6

**No local copies**
1 of 1 available off-site


**Magic misfits: the second story / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
- Call #: F HAR        Harris, Neil Patrick, 1973-
- Sublocation: FANTASY
- Published 2019
- Reading Level: 5.0   Interest Level: 3-6

**No local copies**
1 of 1 available off-site

**Magic misfits: the second story / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
- Call #: F HAR        Harris, Neil Patrick, 1973-
- Sublocation: GENRE~ ACTION ADVENTURE
- Published 2018
- Reading Level: 5.2   Interest Level: 3-6

**No local copies**
1 of 1 available off-site


**Marvin Redpost : is he a girl? / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**
Details
　　Call #: F SAC　　　　Sachar, Louis, 1954-
　　Published 1993
　　Reading Level: 2.5  Interest Level: 3-6

No local copies
8 of 8 available off-site

**Megan Rapinoe : World Cup champion / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**
Details
　　Call #: B RAP　　　　Chandler, Matt.
　　Series: Stars of sports
　　Published 2021
　　Lexile: 750L

No local copies
1 of 1 available off-site

**Milo imagines the world -AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
　　Call #: E DE　　　　de la Peña, Matt,
　　Published 2021
　　Reading Level: 4.4  Interest Level: K-3
　　Accelerated Reader® Level: 4.6 / 0.5 pts.
　　Lexile: AD980L

1 of 1 available locally
9 of 9 available off-site


**The only black girls in town / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**
Details
　　Call #: F COL　　　　Colbert, Brandy.
　　Published 2020
　　Reading Level: 4.5  Interest Level: 3-6

No local copies
6 of 7 available off-site

**The only black girls in town / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**
Details
　　Call #: F COL　　　　Colbert, Brandy.
　　Published 2021
　　Reading Level: 4.5  Interest Level: 3-6

No local copies
1 of 1 available off-site


**Our subway baby / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
　　Call #: 306.874　　　　Mercurio, Peter.
　　Published 2020
　　Reading Level: 2.3  Interest Level: K-3

No local copies
1 of 1 available off-site

**"Pink is a girl color" : --and other silly things people say /AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
　　Call #: F DRA　　　　Drageset, Stacy, 1969-
　　Published 2015
　　Reading Level: 2.7  Interest Level: 3-6

No local copies
1 of 1 available off-site

**Pink is for boys / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**   Details
　　Call #: E PEA　　　　Pearlman, Robb.
　　Published 2018

No local copies
1 of 1 available off-site



**Rise up! : the art of protest / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**  

- Call #: 322.4 RIP    Rippon, Jo.
- Published 2020
- Lexile: 1130L

**1 of 1 available locally**
**2 of 2 available off-site**



**This would make a good story someday / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

- Call #: F LEV    Levy, Dana Alison,
- Sublocation: Family
- Published 2017
- Lexile: 860L

**No local copies**
**5 of 6 available off-site**



**To Night Owl from Dogfish / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

- Call #: F SLO    Sloan, Holly Goldberg, 1958-
- Sublocation: Family
- Published 2020
- Reading Level: 5.6  Interest Level: 3-6

**No local copies**
**1 of 1 available off-site**



**Too bright to see / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

- Call #: F LUK    Lukoff, Kyle.
- Published 2021
- Reading Level: 5.1  Interest Level: 3-6

**No local copies**
**3 of 3 available off-site**



**We move the world / : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

- Call #: 303.4 LAV    Lavelle, Kari.
- Published 2021

**No local copies**
**2 of 3 available off-site**

**What are your words? : a book about pronouns / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

- Call #: E LOC    Locke, Katherine.
- Published 2021

**No local copies**
**1 of 1 available off-site**



**When Aidan became a brother / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

- Call #: E LUK    Lukoff, Kyle.
- Published 2019

**No local copies**
**3 of 3 available off-site**

**Zeke Meeks vs. the gruesome girls / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

- Call #: F GRE    Green, D. L. (Debra L.)
- Series: Zeke Meeks.
- Published 2012
- Reading Level: 3.0  Interest Level: K-3
- Lexile: 500L

**No local copies**
**5 of 5 available off-site**

Titles: 1 - 44 of 44                                                                  1  2   Show All

©2002-2023 Follett School Solutions, LLC   20_0_0_RC3   5/29/2023 2:50 PM EDT