# Exhibit C



**Astatula Elementary School**

Log In

Home     Catalog

"And Tango makes three" > Search Results > "In our mothers' house" > Search Results > **"A day in the life of Marlon Bundo"**

How do I...  ?

Title Details     Reviews     Copies



**A day in the life of Marlon Bundo :**
**AVAILABLE TO GRADES 4 AND UP ONLY**
**PER HB 1557**
**written by Marlon Bundo with Jill Twiss ; illustrated by EG Keller.**

| Call #: | [E] | There are no local copies of this title. There are no off-site copies of this title. |
|---|---|---|

**TitlePeek™**

A boy bunny named Marlon Bundo who lives with his grandfather Mike Pence, the Vice President of the United States, falls in love with another boy bunny.

Show Less ▲                    Explore! | Publication Info | Additional Info

## Explore!

- Bundo, Marlon (Rabbit)
- Bundo, Marlon (Rabbit) -- Fiction.
- Rabbits  **Find It**
- Friendship  **Find It**
- Democracy  **Find It**
- Same-sex marriage -- United States  **Find It**
- Rabbits -- Fiction.  **Find It**
- Friendship -- Fiction.  **Find It**
- Democracy -- Fiction.  **Find It**
- Same-sex marriage -- Fiction.  **Find It**
- Same-sex marriage -- United States -- Fiction.
- Picture books.  **Find It**
- Titles by: Bundo, Marlon (Rabbit)
- Titles by: Twiss, Jill.  **Find It**
- Titles by: Keller, E. G. (Illustrator), ill.

## Publication Info

| | |
|---|---|
| **Published** | San Francisco : Chronicle Books, [2018] |
| **Format** | 1 v. (unpaged) : col. ill. ; 26 cm. |
| **ISBN** | 978-1-45217380-1 ((trade)) |
| | 1-45217380-X |

## Additional Info

- Title appears on item as: Last week tonight with John Oliver presents A day in the life of Marlon Bundo

- Marlon Bundo

- Reading grade level: 3.1 Follett Library Resources.

- Interest grade level: 5-8 Follett Library Resources.

- Interest grade level: 5-8.

- Audience: 4-5.

Top

©2002-2023 Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 10:39 AM EDT


**Follett** Destiny

Astatula Elementary School

Log In

Home    Catalog

"And Tango makes three" > Search Results > "In our mothers' house" > Search Results > **"A family is a family is a family"**

How do I...  ?

Title Details    Reviews    Copies



TitlePeek™

**A family is a family is a family : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

written by Sara O'Leary ; illustrated by Qin Leng.

| | | |
|---|---|---|
| **Call #:** | E OLE | There are no local copies of this title. Off-site copies available: 0 of 1.   **See all...** |

A teacher asks her classroom to think about the many different types of families in the world.

Show Less ▲                                    Explore! | Publication Info | Additional Info

## Explore!

- Families   [ Find It ]

- Family life -- Fiction.   [ Find It ]

- Titles by: O'leary, Sara.   [ Find It ]

- Titles by: Leng, Qin, ill.   [ Find It ]

## Publication Info

**Published**  Toronto : Groundwood Books/House of Anansi Press, [2016]
**Format**  1 v. (unpaged) : col. ill. ; 26 cm.
**ISBN**  978-1-55498-794-8

## Additional Info

- School Library Journal starred, October 2016

- Pub Weekly, July 2016

- Kirkus Starred, July 2016

- Horn Book, October 2017

- Resource Links, October 2016

- Reading grade level: 2.3.

- Interest grade level: K-3 Follett School Solutions.

Top

©2002-2023  Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 10:39 AM EDT



**Astatula Elementary School**



Home    Catalog

"And Tango makes three" > Search Results > "In our mothers' house" > Search Results > **"A home for goddesses and dogs"**

How do I...  ⑦

Title Details      Reviews      Copies



📖 **A home for goddesses and dogs /**
**AVAILABLE TO GRADES 4 AND UP ONLY**
**PER HB 1557**

**Leslie Connor.**

| | | |
|---|---|---|
| **Call #:** | F CON | There are no local copies of this title. Off-site copies available: 8 of 8.  **See all...** |

"After the death of her mother, Lydia moves in with her aunts and learns to find a new family of inspiring women and loving dogs"--Provided by publisher.

**TitlePeek™**

Show Less ▲                    Explore! | Publication Info | Additional Info

**Explore!**

- Grief          [ **Find It** ]
- Aunts          [ **Find It** ]
- Lesbians          [ **Find It** ]
- Dogs          [ **Find It** ]
- Families -- Connecticut          [ **Find It** ]
- Grief -- Fiction.          [ **Find It** ]
- Aunts -- Fiction.          [ **Find It** ]
- Lesbians -- Fiction.          [ **Find It** ]
- Dogs -- Fiction.          [ **Find It** ]
- Family life -- Connecticut -- Fiction.          [ **Find It** ]
- Connecticut          [ **Find It** ]
- Connecticut -- Fiction.          [ **Find It** ]

- Domestic fiction.   **Find It**

- Animal fiction.   **Find It**

- Titles by: Connor, Leslie.   **Find It**

## Publication Info

**Published** New York : Katherine Tegen Books, an imprint of HarperCollins Publishers, [2020]
**Edition** 1st ed.
**Format** 385 p. ; 22 cm.
**LCCN** 2019-33128
**ISBN** 978-0-06-279678-3 ((trade))
          0-06-279678-X

## Additional Info

- Home for goddesses & dogs
- School Library Journal starred, January 2020
- Pub Weekly, December 2019
- Kirkus Review, November 2019
- School Library Journal starred
- Pub Weekly
- Kirkus Review
- Junior Library Guild
- Reading grade level: 4.0 Follett Library Resources
- Interest grade level: 5-8 Follett Library Resources
- Interest grade level: 5-8
- Interest grade level: 678.
- Interest age level: Ages 11-14.
- Interest grade level: Grades 6-9.
- Interest grade level: 678 Childrens Plus, Inc.
- Lexile: HL570L

Top

©2002-2023  Follett School Solutions, LLC    20_0_0_RC3    5/31/2023 10:39 AM EDT

 **Follett Destiny**

**Astatula Elementary School**

Log In

Home     Catalog

"And Tango makes three" > Search Results > "In our mothers' house" > Search Results > **"Alex and Alex"**

How do I... ?

Title Details     Reviews     Copies



📖 **Alex and Alex : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

**Ziggy Hanaor ; illustrated by Ben Javens.**

| Call #: | E HAN | There are no local copies of this title. Off-site copies available: 1 of 1. |
|---|---|---|

See all...

**TitlePeek™**

Alex and Alex have lots of things in common. They love playing, and dressing up and building things. They also are very different to one another; Alex is very messy and Alex is very tidy, Alex likes running and kicking a ball and Alex likes reading and dreaming. After a trip to the museum goes a little bit awry, Alex and Alex have some cooling off time. But they always make up because Alex really really really really really really REALLY.... likes Alex!

Show Less ▲

Explore! | Publication Info | Additional Info

## Explore!

- Best friends -- Fiction.   **Find It**
- Gender identity -- Fiction.   **Find It**
- Individual differences -- Fiction.   **Find It**
- Individuality -- Fiction.   **Find It**
- Self-acceptance -- Fiction.   **Find It**
- Sex role -- Fiction.   **Find It**
- Toleration -- Fiction.   **Find It**
- Titles by: Hanaor, Ziggy.
- Titles by: Javens, Ben, ill.

## Publication Info

**Published** London : Cicada Books, 2021.
**Format** 1 v. (unpaged) p. : chiefly col. ill. ; 27 cm
**ISBN** 1-80066-011-1
         978-1-80066-011-3

**Additional Info**

- Interest grade level: PK1 Childrens Plus, Inc.

Top

 **Follett Destiny**   Astatula Elementary School

Log In

Home     Catalog

"And Tango makes three"

How do I... ?

**Title Details**    Reviews    Copies

 📘 **And Tango makes three : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

**by Justin Richardson and Peter Parnell ; illustrated by Henry Cole.**

**TitlePeek™**

| **Call #:** | E RIC | There are no local copies of this title. Off-site copies available: 2 of 3. | **See all...** |

At New York City's Central Park Zoo, two male penguins fall in love and start a family by taking turns sitting on an abandoned egg until it hatches.

Show Less ▲                    Explore! | Publication Info | Additional Info

**Explore!**

- Penguins    **Find It**
- Zoo animals    **Find It**
- Familial behavior in animals    **Find It**
- Homosexuality    **Find It**
- Penguins -- Fiction.    **Find It**
- Zoo animals -- Fiction.    **Find It**
- Familial behavior in animals -- Fiction.
- Homosexuality -- Fiction.    **Find It**
- Central Park (New York, N.Y.)    **Find It**
- Central Park (New York, N.Y.) -- Fiction.    **Find It**
- New York (N.Y.) -- Fiction.    **Find It**
- Titles by: Richardson, Justin, 1963-    **Find It**
- Titles by: Parnell, Peter.    **Find It**
- Titles by: Cole, Henry, 1955- ill.    **Find It**

## Publication Info

**Published** New York : Simon & Schuster Books for Young Readers, c2005.

**Format** [32] p. : col. ill. ; 22 x 29 cm.

**LCCN** 2004-10176

**ISBN** 0-689-87845-1

## Additional Info

- And Tango makes 3
- AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557.
- Wilson's Children, October 2006
- School Library Journal starred, July 2005
- Notable/Best Books (A.L.A.), January 2006
- Book Links (A.L.A.), November 2006
- Booklist starred, May 2005
- Pub Weekly, May 2005
- Kirkus Starred, June 2005
- New York Times, May 2005
- Horn Book, October 2005
- Bulletin (Center for Children's books), July 2005
- Teacher Librarian, October 2005
- Book Links (A.L.A.), January 2010
- Wilson's Children, October 2010
- Reading grade level: 2.6.
- Interest grade level: 5-8 Follett Library Resources.
- Reading grade level: 2.6.
- Interest grade level: 4-6 Follett Library Resources.
- Audience: AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557.
- Lexile: AD720L

Top

©2002-2023  Follett School Solutions, LLC    20_0_0_RC3    5/31/2023 10:31 AM EDT

 **Follett Destiny®**   Astatula Elementary School

 Log In

Home     Catalog

"And Tango makes three" > Search Results > "In our mothers' house" > Search Results > **"Antonio's card"**

How do I... ?

**Title Details**     Reviews     Copies



TitlePeek™

### Antonio's card / La tarjeta de Antonio / cuento, Rigoberto González ; ilustraciones, Cecilia Concepción Álvarez./AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557

**story, Rigoberto González ; illustrations, Cecilia Concepción Álvarez =**

| **Call #:** | FIC GON | There are no local copies of this title. Off-site copies available: 0 of 1. **See all...** |
|---|---|---|

With Mother's Day coming, Antonio finds he has to decide about what is important to him when his classmates make fun of the unusual appearance of his mother's partner, Leslie. Presented in English and Spanish.

Show Less ▲

Explore! | Publication Info | Additional Info

## Explore!

- Mother's Day -- Fiction.   [Find It]
- Bilingual books -- English-Spanish.   [Find It]
- Mother-son relationship -- Fiction.   [Find It]
- Homosexuality -- Fiction.   [Find It]
- Conduct of life -- Fiction.   [Find It]
- School stories.   [Find It]
- Titles by: González, Rigoberto.   [Find It]
- Titles by: Alvarez, Cecilia Concepción, ill.   [Find It]

## Publication Info

| **Published** | San Francisco : Children's Book Press/Editorial Libros Para Niños ; [S.l.] : Distributed to the book trade by Publishers Group West, c2005. |
|---|---|
| **Format** | 30 p. : col. ill. ; 29 cm. |
| **LCCN** | 2004-56046 |
| **ISBN** | 0-89239-204-5 |

**Additional Info**

- Tarjeta de Antonio
- Wilson's Children, October 2006
- School Library Journal, May 2005
- Book Links (A.L.A.), January 2010
- Horn Book, October 2005
- Kirkus Review, March 2005
- Library Media Connection, November 2005
- Multicultural Review, June 2005
- Kirkus Review
- Reading grade level: 3.8
- Interest grade level: 3-6 Follett Library Resources
- Reading grade level: 3.8 Follett Library Resources
- Interest grade level: 3-6
- Text in English and Spanish.

Top

©2002-2023 Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 10:35 AM EDT


**Astatula Elementary School**

Log In

Home    Catalog

"And Tango makes three" > Search Results > "In our mothers' house" > Search Results > **"Aristotle and Dante discover the secrets of the universe"**

How do I...  ?

Title Details    Reviews    Copies



### Aristotle and Dante discover the secrets of the universe / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557

**Benjamin Alire Sáenz.**

| Call #: | F Sae | There are no local copies of this title. Off-site copies available: 0 of 2. See all... |
|---|---|---|

Fifteen-year-old Ari Mendoza is an angry loner with a brother in prison, but when he meets Dante and they become friends, Ari starts to ask questions about himself, his parents, and his family that he has never asked before.

**TitlePeek™**

★★★★☆ (Reviews: 6)

Show Less ▲                    Explore! | Publication Info | Additional Info

## Explore!

- Families  **Find It**
- Mexican Americans  **Find It**
- Friendship  **Find It**
- Homosexuality  **Find It**
- Coming of age -- Fiction.  **Find It**
- Families -- Fiction.  **Find It**
- Mexican Americans -- Fiction.  **Find It**
- Friendship -- Fiction.  **Find It**
- Homosexuality -- Fiction.  **Find It**
- Bildungsromans.  **Find It**
- Titles by: Sáenz, Benjamin Alire.  **Find It**

## Publication Info

**Published** New York : Simon & Schuster BFYR, 2014.

**Edition**   1st Simon & Schuster BFYR pbk. ed.

**Format**   359 p. ; 21 cm.

**ISBN**   1-44240893-6

## Additional Info

- Aristotle & Dante discover the secrets of the universe
- School Library Journal starred, February 2012
- Pub Weekly, December 2011
- Booklist, January 2012
- Horn Book, March 2012
- Bulletin (Center for Children's books), March 2012
- Voice of Youth Advocates (V.O.Y.A.), February 2012
- Library Media Connection, May 2012
- Catholic Library World, September 2012
- Interest grade level: Young Adult Follett School Solutions.
- Interest grade level: 9YA Childrens Plus, Inc.
- Interest grade level: 9Y Childrens Plus, Inc.
- Lexile: HL380L
- Michael L. Printz Award/Honors, 2013

Top

©2002-2023 Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 10:35 AM EDT

 **Follett Destiny**   Astatula Elementary School

Login

Home     Catalog

"And Tango makes three" > Search Results > "In our mothers' house" > Search Results > **"Being Jazz"**

How do I...  ?

Title Details     Reviews     Copies



**Being Jazz : my life as a (transgender) teen /AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

**Jazz Jennings.**

| Call #: | 92 Jen | There are no local copies of this title. Off-site copies available: 1 of 2.  See all... |

An autobiography of Jazz Jennings in which she shares her experiences of transitioning for male to female and becoming an advocate for transgender youth.

**TitlePeek™**

Show Less ▲

Explore! | Publication Info | Additional Info

## Explore!

- Jennings, Jazz  **Find It**
- Transgender people -- Biography  **Find It**
- Transgenderism  **Find It**
- Autobiographies.  **Find It**
- Titles by: Jennings, Jazz.  **Find It**

## Publication Info

**Published** New York : Ember, 2017.
**Edition** 1st Ember ed. 2017.
**Format** 265 p. : ill. (some col.) ; 21 cm.
**ISBN** 978-0-399-55467-4

## Additional Info

- "Originally published in hardcover in the United States by Crown Books for Young Readers, New York, 2016"--T.p. verso.
- School Library Journal, July 2016
- Booklist starred, June 2016
- Horn Book, April 2017
- Voice of Youth Advocates (V.O.Y.A.), August 2016

- Kirkus Review, May 2016
- Publishers Weekly Annex, May 2016
- Interest grade level: Young Adult Follett School Solutions.
- Interest grade level: 789Y
- Lexile: 1120L

Top

©2002-2023  Follett School Solutions, LLC    20_0_0_RC3    5/31/2023 10:35 AM EDT



**Astatula Elementary School**



Home     Catalog

"And Tango makes three" > Search Results > "In our mothers' house" > Search Results > **"Boy meets ghoul"**

How do I... ?

Title Details     Reviews     Copies



TitlePeek™

## Boy meets ghoul / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557

**Birdie Milano.**

| **Call #:** | F MIL | There are no local copies of this title. Off-site copies available: 1 of 1. | See all... |

"It's October half-term, and Dylan Kershaw's dreams of a reunion with Leo, the gorgeous boy he met over the summer, are dashed when his sports-mad dad whisks him off to football camp in Manchester instead. What's worse, dancer Leo seems to be too busy practicing his pirouettes to care. At least Dylan's best friend Kayla is along for the trip, on a quest to win exclusive tickets to see her favourite band, the Deathsplash Nightmares. It all looks set to be a tedious trip, until Dylan's long-time crush Freddie Alton shows up at football camp and Kayla discovers that the Nightmares are staying in the very same hotel as they are"--OCLC.

Show Less ▲                    Explore! | Publication Info | Additional Info

## Explore!

- Gay youth -- Fiction.
- Friendship -- Fiction.     **Find It**
- Camps -- Fiction.     **Find It**
- Manchester (England) -- Fiction.     **Find It**
- Titles by: Milano, Birdie.

## Publication Info

**Published** London : Macmillan Children's Books, 2019.

**Format**    317 p. ; 20 cm.

**ISBN**    978-1-50984867-6

## Additional Info

- Kirkus Starred, October 2020
- Interest grade level: Young Adult Follett School Solutions.

Top

©2002-2023 Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 10:39 AM EDT



**Astatula Elementary School**

Log In

Home   Catalog

"And Tango makes three" > Search Results > "In our mothers' house" > Search Results > **"Drawing on walls"**

How do I... ?

**Title Details**   Reviews   Copies



TitlePeek™

📖 **Drawing on walls : a story of Keith Haring /**
**AVAILABLE TO GRADES 4 AND UP ONLY**
**PER HB 1557**

**by Matthew Burgess ; pictures by Josh Cochran.**

| **Call #:** | B HAR | There are no local copies of this title. Off-site copies available: 1 of 1. | See all... |

Truly devoted to the idea of public art, Haring created murals wherever he went. Often seen drawing in white chalk on the matte black paper of unused advertising space in the subway, Haring's iconic pop art and graffiti-like style transformed the New York City underground in the 1980s. A member of the LGBTQ community, Haring died tragically at the age of thirty-one from AIDS-related complications. This honest, celebratory book honors Haring's life and art, along with his very special connection with kids.

Show Less ▲

Explore! | Publication Info | Additional Info

**Explore!**

- Haring, Keith   Find It

- Artists -- Biography   Find It
- Artists -- United States -- History
- Artists -- New York (State) -- New York -- History
- Gay artists -- United States -- History
- Gay artists -- New York (State) -- New York -- History
- Pop art -- United States -- History
- Pop art -- New York (State) -- New York -- History
- Artistes -- Biographies -- Ouvrages pour la jeunesse.
- Artistes -- ©‰tats-Unis -- Histoire -- Ouvrages pour la jeunesse.
- Artistes -- New York (©‰tat) -- New York -- Histoire -- Ouvrages pour la jeunesse.
- Artistes homosexuels -- ©‰tats-Unis -- Histoire -- Ouvrages pour la jeunesse.
- Artistes homosexuels -- New York (©‰tat) -- New York -- Histoire -- Ouvrages pour la jeunesse.
- Pop'art -- ©‰tats-Unis -- Histoire -- Ouvrages pour la jeunesse.

- Pop'art -- New York (©‰tat) -- New York -- Histoire -- Ouvrages pour la jeunesse.
- JUVENILE NONFICTION -- Biography & Autobiography -- Art.  `Find It`
- JUVENILE NONFICTION -- LGBT.
- JUVENILE NONFICTION -- Art -- Painting.  `Find It`
- Pop art  `Find It`
- Gay artists
- Artists  `Find It`
- Biography  `Find It`
- United States  `Find It`
- New York (State) -- New York  `Find It`
- Picture books for children.  `Find It`
- picture books.  `Find It`
- illustrated books.  `Find It`
- Illustrated works.  `Find It`
- History.  `Find It`
- Biographies.  `Find It`
- Juvenile works.  `Find It`
- Livres d'images.  `Find It`
- Ouvrages illustr©ʙs.  `Find It`
- Titles by: Burgess, Matthew, author.  `Find It`
- Titles by: Cochran, Josh, illustrator.  `Find It`

## Publication Info

| | |
|---|---|
| **Format** | 42 unnumbered pages : color illustrations ; 33 cm. |
| **Content type term** | still image |
| **Content type term** | text |
| **Media type term** | unmediated |
| **Carrier type term** | volume |
| **ISBN** | 978-1-59270-267-1 |
| | 1-59270-267-8 |

## Additional Info

- Story of Keith Haring
- Included bibliographical references.
- Bound with padded covers

Top



**Astatula Elementary School**

Home     Catalog

"And Tango makes three" > Search Results > "In our mothers' house" > Search Results > **"From the notebooks of Melanin Sun"**

How do I...  (?)

Title Details     Reviews     Copies



**From the notebooks of Melanin Sun / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

**Jacqueline Woodson.**

| Call #: | F WOO | There are no local copies of this title. Off-site copies available: 3 of 3. **See all...** |
|---|---|---|

Thirteen-year-old Melanin Sun's comfortable, quiet life is shattered when his mother reveals she has fallen in love with a woman.

**TitlePeek™**

Show Less ▲

Explore! | Publication Info | Additional Info

## Explore!

- Mothers and sons -- Fiction.  [Find It]
- Lesbians -- Fiction.  [Find It]
- African Americans -- Fiction.  [Find It]
- Mother-son relationship -- Fiction.  [Find It]
- Titles by: Woodson, Jacqueline.  [Find It]

## Publication Info

| **Published** | New York : Blue Sky Press, 1995. |
| **Format** | 141 p. ; 22 cm. |
| **LCCN** | 93-34158 /AC |
| **ISBN** | 0-590-45880-9 |

## Additional Info

- Wilson's Junior High School
- Notable/Best Books (A.L.A.)
- School Library Journal
- Interest grade level: Young Adult Follett Library Resources
- Reading grade level: 6.0

- Interest grade level: 008+
- Interest grade level: 9-12 Medialog, Inc.
- Lexile: 690L
- Coretta Scott King Award.

Top

©2002-2023 Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 10:39 AM EDT



**Astatula Elementary School**

Log In

Home     Catalog

"And Tango makes three" > Search Results > "In our mothers' house" > Search Results > **"Harriet gets carried away"**

How do I... ?

Title Details      Reviews      Copies



TitlePeek™

### Harriet gets carried away / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557

**Jessie Sima.**

| Call #: | [E] | There are no local copies of this title. Off-site copies available: 2 of 2. |
|---|---|---|
| | | See all... |

While shopping with her two dads for supplies for her birthday party, Harriet, who is wearing a penguin costume, is carried away by a waddle of penguins and must hatch a plan to get herself back to the store in the city.

Show Less ▲

Explore! | Publication Info | Additional Info

## Explore!

- Costume      **Find It**
- Penguins      **Find It**
- Gay fathers      **Find It**
- City and town life      **Find It**
- Costume -- Fiction.      **Find It**
- Penguins -- Fiction.      **Find It**
- Gay fathers -- Fiction.      **Find It**
- City and town life -- Fiction.      **Find It**
- Picture books.      **Find It**
- Titles by: Sima, Jessie.      **Find It**
- Titles by: Online version: Sima, Jessie, author, illustrator. Harriet gets carried away First Edition. New York : Simon & Schuster Books for Young Readers, [2018] 9781481469128

## Publication Info

**Published** New York : Simon & Schuster Books for Young Readers, [2018]

**Edition**   1st ed.

**Format**   1 v. (unpaged) : col. ill. ; 29 cm.

| **LCCN** | 2016-53689 |
| **ISBN** | 978-1-48146911-1 ((trade)) |
| | 1-48146911-8 |

## Additional Info

- Carried away
- School Library Journal, February 2018
- Pub Weekly, January 2018
- Kirkus Review, December 2017
- School Library Journal
- Pub Weekly
- Kirkus Review
- Library Media Connection, March 2018
- Reading grade level: 2.5 Follett Library Resources
- Interest grade level: K-3 Follett Library Resources
- Interest grade level: K-3
- Reading grade level: 2.5.
- Interest grade level: K-3 Follett School Solutions.
- Interest grade level: PK1.
- Lexile: AD520L

Top

©2002-2023  Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 10:39 AM EDT



**Astatula Elementary School**

 Log In

Home      Catalog

"And Tango makes three" > Search Results > "In our mothers' house" > Search Results > **"Ho'onani"**

How do I...  ?

**Title Details**      Reviews      Copies



**📖 Ho'onani : hula warrior /AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

**Heather Gale ; illustrated by Mika Song.**

| **Call #:** | E GAL | There are no local copies of this title. Off-site copies available: 5 of 6. | See all... |

"Ho'onani feels in-between. She doesn't see herself as wahine (girl) OR kane (boy). She's happy to be in the middle. But not everyone sees it that way. When Ho'onani finds out that there will be a school performance of a traditional kane hula chant, she wants to be part of it. But can a girl really lead the all-male troupe? Ho'onani has to try . . . Based on a true story"-- Provided by publisher.

**TitlePeek™**

Show Less ▲

**Explore!**

Explore! | Publication Info | Additional Info

- Kamai, Ho'onani -- Fiction.

- Gender identity -- Fiction.   [Find It]

- Hulas (Music) -- Fiction.

- Biographical fiction.   [Find It]

- Picture books.   [Find It]

- Titles by: Gale, Heather (Children's author)

- Titles by: Song, Mika, ill.   [Find It]

**Publication Info**

**Published** [Toronto] : Tundra Books, [2019]
**Format**    1 v. (unpaged) : col. ill. ; 23 x 29 cm.
**LCCN**      2018-962661
**ISBN**      978-0-7352-6449-6

**Additional Info**

- "Inspired by the film A place in the middle"--t.p. verso.

- School Library Journal, October 2019

- Library Media Connection starred, November 2019

- Pub Weekly, July 2019

- Booklist, October 2019
- New York Times, November 2019
- Kirkus Review, July 2019
- Resource Links, October 2019
- Reading grade level: 2.4.
- Interest grade level: K-3 Follett School Solutions.
- Interest grade level: K12 Childrens Plus, Inc.
- Inspired by: Place in the middle (Motion picture)

Top

©2002-2023 Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 10:39 AM EDT



**Astatula Elementary School**

Log In

Home      Catalog

Library Search > Search Results > "Hurricane Child"

Library Search

Destiny Discover

Español

How do I...  ?

**Title Details**   Reviews   Copies

### Hurricane Child / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557

**Kheryn Callender.**

| Call #: | F CAL | There are no local copies of this title. Off-site copies available: 3 of 3. | See all... |
|---------|-------|---------|---------|

Born on Water Island in the Virgin Islands during a hurricane, which is considered bad luck, twelve-year-old Caroline falls in love with another girl--and together they set out in a hurricane to find Caroline's missing mother.

TitlePeek™

Show Less ▲

Explore! | Publication Info | Additional Info

### Explore!

- African American girls        **Find It**
- Mothers and daughters        **Find It**
- Missing persons        **Find It**
- Fathers and daughters        **Find It**
- Friendship        **Find It**
- Lesbians        **Find It**
- Hurricanes        **Find It**
- African Americans -- Fiction.        **Find It**
- Mothers and daughters -- Fiction.        **Find It**
- Missing persons -- Fiction.        **Find It**
- Fathers and daughters -- Fiction.        **Find It**
- Friendship -- Fiction.        **Find It**

- Lesbians -- Fiction.  **Find It**
- Hurricanes -- Fiction.  **Find It**
- Mother-daughter relationship -- Fiction.  **Find It**
- Father-daughter relationship -- Fiction.  **Find It**
- United States Virgin Islands  **Find It**
- United States Virgin Islands -- Fiction.  **Find It**
- Titles by: Callender, Kacen.  **Find It**

## Publication Info

| | |
|---|---|
| **Published** | New York : Scholastic Press, 2018. |
| **Edition** | 1st ed., April 2018. |
| **Format** | 214 p. ; 22 cm. |
| **LCCN** | 2017-32545 |
| **ISBN** | 978-1-33812930-4 ((trade)) |
| | 978-1-72542-428-9 |
| | 1-33812930-9 |
| | 1-72542-428-2 |

## Additional Info

- School Library Journal starred, January 2018
- Booklist starred, February 2018
- Kirkus Starred, December 2017
- New York Times, March 2018
- Horn Book, November 2018
- Bulletin (Center for Children's Books), March 2018
- Library Media Connection, March 2018
- Publishers Weekly Annex, June 2018
- School Library Journal starred
- Booklist starred
- Kirkus Starred
- Reading grade level: 6.0 Follett Library Resources
- Interest grade level: 3-6 Follett Library Resources
- Interest grade level: 3-6
- Interest grade level: 456.
- Interest grade level: 456 Childrens Plus, Inc.
- Lexile: 1010L

*Top*



**Astatula Elementary School**

Log In

Home      Catalog

"And Tango makes three" > Search Results > **"In our mothers' house"**

How do I...  ?

**Title Details**      Reviews      Copies



📖 **In our mothers' house : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

**Patricia Polacco.**

| **Call #:** | E POL | There are no local copies of this title. Off-site copies available: 1 of 1. | **See all...** |

Three young children experience the joys and challenges of being raised by two mothers.

**TitlePeek™**

Show Less ▲                    Explore! | Publication Info | Additional Info

## Explore!

- Mothers -- Fiction.  **Find It**
- Family life -- Fiction.  **Find It**
- Lesbians -- Fiction.  **Find It**
- Homosexuality -- Fiction.  **Find It**
- Titles by: Polacco, Patricia.  **Find It**
- http://www.loc.gov/catdir/enhancements/fy0906/2008032615-d.html

## Publication Info

**Published** New York : Philomel Books, c2009.
**Format** [48] p. : col. ill. ; 29 cm.
**LCCN** 2008-32615
**ISBN** 0-399-25076-X

## Additional Info

- AVAILABLE TO GRADES 4 AND UP ONLY PER **HB 1557**.
- Wilson's Children, October 2010
- School Library Journal, May 2009
- Book Links (A.L.A.), January 2010
- Library Media Connection starred, October 2009
- Booklist, May 2009

- Multicultural Review, May 2010
- Reading grade level: 3.9.
- Interest grade level: 5-8 Follett School Solutions.
- Reading grade level: 3.9.
- Interest grade level: 5-8 Follett Library Resources.
- Interest grade level: K12 Childrens Plus, Inc.
- Lexile: AD750L

Top

©2002-2023  Follett School Solutions, LLC    20_0_0_RC3    5/31/2023 10:34 AM EDT



Astatula Elementary School

Log In

Home     Catalog

Library Search > Search Results > **"Ivy Aberdeen's letter to the world"**

**Library Search**

Destiny Discover

**Español**

How do I...  ?

Title Details    Reviews    Copies





## Ivy Aberdeen's letter to the world / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557

**Ashley Herring Blake.**

| Call #: | FIC BLA | There are no local copies of this title. Off-site copies available: 31 of 33. See all... |
|---|---|---|

TitlePeek™

"Twelve-year-old Ivy Aberdeen's house is destroyed in a tornado, and in the aftermath of the storm, she begins to develop feelings for another girl at school"--Provided by publisher.

Explore! | Publication Info | Additional Info

Show Less ▲

### Explore!

- Families    **Find It**
- Friendship    **Find It**
- Artists    **Find It**
- Lesbians    **Find It**
- Coming out (Sexual orientation)    **Find It**
- Tornadoes    **Find It**
- Family life -- Fiction.    **Find It**
- Friendship -- Fiction.    **Find It**
- Artists -- Fiction.    **Find It**
- Lesbians -- Fiction.    **Find It**
- Coming out (Sexual orientation) -- Fiction.    **Find It**
- Tornadoes -- Fiction.    **Find It**

- Titles by: Blake, Ashley Herring.   [ Find It ]

## Publication Info

**Published** New York : Little, Brown and Co., 2019.

**Edition**  1st trade pbk. ed.

**Format**  310 p. ; 20 cm.

**ISBN**  978-0-316-51547-4 ((pbk.))

  978-1-72541-365-8

  0-316-51547-7

  1-72541-365-5

## Additional Info

- School Library Journal starred, January 2018
- Pub Weekly, January 2018
- Kirkus Starred, December 2017
- Booklist, January 2018
- New York Times, March 2018
- Horn Book, November 2018
- Library Media Connection, May 2018
- School Library Journal starred
- Pub Weekly
- Kirkus Starred
- Junior Library Guild
- Reading grade level: 5.3 Follett Library Resources
- Interest grade level: 3-6 Follett Library Resources
- Interest grade level: 3-6
- Interest grade level: 456 Childrens Plus, Inc.
- Interest age level: Ages 11-14.
- Interest grade level: Grades 6-9.
- Interest grade level: 456.
- Reading grade level: 4.9.
- Interest grade level: 3-6 Follett School Solutions.
- Lexile: 740L

Top

©2002-2023 Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 2:03 PM EDT

 **Follett Destiny**

**Astatula Elementary School**

Log In

Home   Catalog

Library Search > Search Results > "Julián at the wedding"

**Library Search**

Destiny Discover

**Español**

How do I...   ?

Title Details   Reviews   Copies



TitlePeek™



**Julián at the wedding / :**
**AVAILABLE TO GRADES 4 AND**
**UP ONLY PER HB 1557**

**Jessica Love.**

| | | |
|---|---|---|
| **Call #:** | E LOV | There are no local copies of this title. Off-site copies available: 2 of 3. See all... |

"Julián and his abuela are going to a wedding. Better yet, Julián is in the wedding. Weddings have flowers and kissing and dancing and cake. And this wedding also has a new friend named Marisol. It's not long before Julián and Marisol set of for some magic and mischief of their own, and when things take an unexpected turn, the pair learns that everything is easier with a good friend by your side"--OCLC.

Show Less ▲

Explore! | Publication Info | Additional Info

## Explore!

- Weddings -- Fiction.   Find It
- Gender identity -- Fiction.   Find It
- Individuality -- Fiction.   Find It
- Friendship -- Fiction.   Find It
- Latinos (U.S.) -- Fiction.   Find It
- Picture books.   Find It
- Titles by: Love, Jessica.   Find It

## Publication Info

**Published** Somerville, Mass. : Candlewick Press, 2020.
**Edition** 1st ed.
**Format** 1 v. (unpaged) : col. ill. ; 24 x 26 cm.
**ISBN** 978-1-53621238-9

## Additional Info

- Horn Book Starred, September 2020
- Pub Weekly, September 2020
- Kirkus Starred, August 2020
- Booklist, October 2020
- Reading grade level: 0.7.
- Interest grade level: K-3 Follett School Solutions.
- Interest grade level: K12.
- Interest grade level: K12 Childrens Plus, Inc.

Top

©2002-2023 Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 2:03 PM EDT



**Astatula Elementary School**

Log In

Home     Catalog

Library Search > Search Results > "Julián is a mermaid"

**Library Search**

Destiny Discover

**Español**

How do I...  ?

**Title Details**   Reviews   Copies



### Julián is a mermaid /
### AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557

**Jessica Love.**

| **Call #:** | E LOV | There are no local copies of this title. Off-site copies available: 3 of 4. |

See all...

**TitlePeek™**

"While riding the subway home from the pool with his abuela one day, Julián notices three women spectacularly dressed up. Their hair billows in brilliant hues, their dresses end in fishtails, and their joy fills the train car. When Julián gets home, daydreaming of the magic he's seen, all he can think about is dressing up just like the ladies in his own fabulous mermaid costume: a butter-yellow curtain for his tail, the fronds of a potted fern for his headdress. But what will Abuela think about the mess he makes--and even more importantly, what will she think about how Julián sees himself?"-- OCLC.

Show Less ▲

Explore! | Publication Info | Additional Info

### Explore!

- Mermaids and mermen -- Fiction.  **Find It**
- Gender identity -- Fiction.  **Find It**
- Individuality -- Fiction.  **Find It**
- Imagination -- Fiction.  **Find It**
- Latinos (U.S.) -- Fiction.  **Find It**
- Picture books.  **Find It**
- Titles by: Love, Jessica.  **Find It**

### Publication Info

**Published** Somerville, Mass. : Candlewick Press, 2018.

| | |
|---|---|
| **Edition** | 1st ed. |
| **Format** | 1 v. (unpaged) : col. ill. ; 24 x 26 cm. |
| **ISBN** | 978-0-7636-9045-8 |

## Additional Info

- School Library Journal starred, March 2018
- Horn Book Starred, May 2018
- Bulletin of the Center for Children's Books starre, May 2018
- Pub Weekly, March 2018
- Kirkus Starred, March 2018
- Booklist, March 2018
- New York Times, March 2018
- Horn Book, November 2018
- Library Media Connection, August 2018
- Reading grade level: 0.7.
- Interest grade level: K-3 Follett School Solutions.
- Interest grade level: PK1 Childrens Plus, Inc.
- Fountas and Pinnell: I
- Lexile: 190L

Top

©2002-2023 Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 2:03 PM EDT



**Astatula Elementary School**

Log In

Home     Catalog

Library Search > Search Results > "The magic misfits: the minor third" > Search Results > **"Marvin Redpost"**

Library Search

Destiny Discover

**Español**

How do I...   ?

Title Details     Reviews     Copies

**Marvin Redpost : is he a girl? / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557** 

**by Louis Sachar ; illustrated by Barbara Sullivan.**

| Call #: | F SAC | There are no local copies of this title. Off-site copies available: 7 of 8. **See all...** |
|---|---|---|

After Casey Happleton tells him that if he kisses his elbow he will turn into a girl, nine-year-old Marvin experiments and finds himself very confused about his identity.

**TitlePeek™**

Show Less ▲

Explore! | Publication Info | Additional Info

## Explore!

- Sex role -- Fiction.   `Find It`
- Identity -- Fiction.   `Find It`
- Schools -- Fiction.   `Find It`
- Individuality -- Fiction.   `Find It`
- School stories.   `Find It`
- Gender role -- Fiction.   `Find It`
- Titles by: Sachar, Louis, 1954-   `Find It`
- Titles by: Sullivan, Barbara, 1957- ill.   `Find It`

## Publication Info

| | |
|---|---|
| **Published** | New York : Random House, [1993] |
| **Format** | 69 p. : ill. ; 21 cm. |
| **LCCN** | 92-40784 |
| **ISBN** | 0-679-81948-7 |
| | 0-679-91948-1 (lib. bdg.) |
| | 0-329-03137-6 |
| | 978-0-679-81948-6 |

0-7587-6196-1
978-0-679-91948-3
978-0-329-03137-4
978-0-7587-6196-5

## Additional Info

- "A First Stepping Stone book."
- Booklist, June 2000
- Booklist
- Booklist
- Reading grade level: 2.5 Follett Library Resources
- Interest grade level: 3-6 Follett Library Resources
- Interest grade level: 3-6
- Reading grade level: 2.2 Follett Library Resources
- Reading grade level: 2.2.
- Interest grade level: 3-6 Follett Library Resources.
- Reading grade level: 2.2
- Reading grade level: 1.9.
- Interest grade level: K-3.

Top

©2002-2023 Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 2:03 PM EDT



Astatula Elementary School

 Log In

Home    Catalog

Library Search > Search Results > "The magic misfits: the minor third" > Search Results > "Megan Rapinoe"

**Library Search**

Destiny Discover

**Español**

How do I... (?)

Title Details    Reviews    Copies



**Megan Rapinoe : World Cup champion / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

**Matt Chandler.**

**(Series: Stars of sports)**

| Call #: | B RAP | There are no local copies of this title. Off-site copies available: 1 of 1.   See all... |
|---|---|---|

TitlePeek™

As a child, Megan Rapinoe watched her brother play soccer. It wasn't long before she was kicking the ball around. Her playing career has gained much success, and the left winger is now known as a leader on and off the field. In 2019, she played for the U.S team that won the World Cup. Discover Rapinoe's journey to becoming a world star in this thrilling biography in the Stars of Sports series.

Show Less ▲

Explore! | Publication Info | Additional Info

## Explore!

- Rapinoe, Megan, 1985-    **Find It**
- Lesbian activists.
- Women soccer players.    **Find It**
- United States.    **Find It**
- Titles by: Chandler, Matt.    **Find It**
- Series: Stars of sports    **Find It**
- Series: Stars of sports.    **Find It**

## Publication Info

**Published** North Mankato, MN : Capstone Press, 2021.

**Format** 32 p. : col. ill. ; 24 cm

**ISBN** 1-49668386-2

978-1-49668386-1

**Additional Info**

- Interest grade level: 345 Childrens Plus, Inc.
- Lexile: 750L

Top

©2002-2023 Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 2:03 PM EDT



**Astatula Elementary School**

Log In

Home    Catalog

Library Search > Search Results > "The magic misfits: the minor third" > Search Results > "Milo imagines the world - AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557"

**Library Search**

Destiny Discover

**Español**

How do I... (?)

Title Details    Reviews    Copies



## Milo imagines the world - AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557

**words by Matt de la Peña ; pictures by Christian Robinson.**

**TitlePeek™**

| Call #: | E DE | Local copies available: 1 of 1. Off-site copies available: 9 of 9. | See all... |
|---|---|---|---|

While Milo and his sister travel to a detention center to visit their incarcerated mother, he observes strangers on the subway and draws what he imagines their lives to be.

Show Less ▲        Explore! | Quiz Info | Publication Info | Additional Info

### Explore!

- Drawing -- Fiction.      [Find It]
- Imagination -- Fiction.      [Find It]
- Prisoners -- Fiction.      [Find It]
- Family life -- Fiction.      [Find It]
- Siblings -- Fiction.      [Find It]
- Subways -- Fiction.      [Find It]
- Picture books.      [Find It]
- Titles by: de la Peña, Matt, author.      [Find It]
- Titles by: Robinson, Christian, illustrator.      [Find It]
- Titles by: Online version: de la Peña, Matt. Milo imagines the world New York : G. P. Putnam's Sons, [2021] 9780399549090

### Quiz Info

Accelerated Reader®        Quiz Number:  511299.        Points:  0.5 pts.
                           Reading level:  4.6        Interest level:

### Publication Info

| | |
|---|---|
| **Format** | 1 volume (unpaged) : color illustrations ; 22 x 28 cm. |
| **Content type term** | still image |
| **Content type term** | text |
| **Media type term** | unmediated |
| **Carrier type term** | volume |
| **LCCN** | 2020-12465 |
| **ISBN** | 978-0-399-54908-3 |

## Additional Info

- School Library Journal, January 2021
- Booklist starred, February 2021
- Horn Book Starred, March 2021
- Bulletin of the Center for Children's Books starre, January 2021
- Pub Weekly, January 2021
- Kirkus Starred, December 2020
- Notable/Best Books (A.L.A.), January 2022
- Reading grade level: 4.4.
- Interest grade level: K-3 Follett School Solutions.
- Interest grade level: K12 Childrens Plus, Inc.
- Interest grade level: K12 Childrens Plus, Incorporated.
- Lexile: AD980L

Top

©2002-2023 Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 2:03 PM EDT



**Astatula Elementary School**

Log In

Home     Catalog

Library Search > Search Results > "The magic misfits: the minor third" > Search Results > **"Our subway baby"**

**Library Search**

Destiny Discover

**Español**

How do I...   ?

Title Details     Reviews     Copies



**TitlePeek™**

**Our subway baby / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

**Peter Mercurio ; illustrated by Leo Espinosa.**

| Call #: | 306.874 | There are no local copies of this title. Off-site copies available: 1 of 1. **See all...** |
|---|---|---|

"The story of how one baby found his family in the New York subway"--Provided by publisher.

Show Less ▲

Explore! | Publication Info | Additional Info

## Explore!

- Abandoned children    [ **Find It** ]
- Infants    [ **Find It** ]
- Adopted children    [ **Find It** ]
- Same-sex parents    [ **Find It** ]
- Gay fathers    [ **Find It** ]
- Subways -- New York (State) -- New York    [ **Find It** ]
- Babies.    [ **Find It** ]
- Subways -- New York (N.Y.)    [ **Find It** ]
- New York (N.Y.)    [ **Find It** ]
- Creative nonfiction.    [ **Find It** ]
- Picture books.    [ **Find It** ]
- Titles by: Mercurio, Peter.
- Titles by: Espinosa, Leo, ill.    [ **Find It** ]

## Publication Info

**Published** New York : Dial Books for Young Readers, [2020]

**Format** 1 v. (unpaged) : col. ill. ; 30 cm.

**ISBN** 978-0-525-42754-4 ((trade))

0-525-42754-6

## Additional Info

- School Library Journal, September 2020
- School Library Journal
- Reading grade level: 2.3 Follett Library Resources
- Interest grade level: K-3 Follett Library Resources
- Interest grade level: K-3

Top

©2002-2023 Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 2:03 PM EDT



**Astatula Elementary School**

Log In

Home    Catalog

Library Search › Search Results › "The magic misfits: the minor third" › Search Results › ""Pink is a girl color"

**Library Search**

Destiny Discover

**Español**

How do I...  (?)

Title Details    Reviews    Copies



**TitlePeek™**

■ **"Pink is a girl color" : --and other silly things people say /AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

**written by Stacy Drageset ; illustrated by Erik Drageset.**

| Call #: | F DRA | There are no local copies of this title. Off-site copies available: 1 of 1. | See all... |

" ... encourages young children to be their authentic selves regardless of where they fall on the gender spectrum, and teaches acceptance of those whose gender expression challenges existing stereotypes"--Back cover.

Show Less ▲

Explore! | Publication Info | Additional Info

## Explore!

- Self-acceptance    **Find It**
- Stereotypes (Social psychology)    **Find It**
- Gender identity    **Find It**
- Self-acceptance -- Fiction.    **Find It**
- Stereotypes (Social psychology) -- Fiction.    **Find It**
- Gender identity -- Fiction.    **Find It**
- Titles by: Drageset, Stacy, 1969-
- Titles by: Drageset, Erik, 1970- ill.

## Publication Info

**Published** [Anaheim, Calif.] : www.nogenderlines.com, 2015.
**Edition** 1st ed. 2015.
**Format** 1 v. (unpaged) : col. ill. ; 23 cm.
**ISBN** 978-0-692-48399-2

## Additional Info

- Reading grade level: 2.7.
- Interest grade level: 3-6 Follett School Solutions.

Top

©2002-2023  Follett School Solutions, LLC    20_0_0_RC3    5/31/2023 2:03 PM EDT



**Astatula Elementary School**

Log In

Home       Catalog

Library Search > Search Results > "The magic misfits: the minor third" > Search Results > **"Pink is for boys"**

**Library Search**

Destiny Discover

**Español**

How do I...  ?

Title Details    Reviews    Copies

■ **Pink is for boys / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**



**Robb Pearlman ; illustrated by Eda Kaban.**

| Call #: | E PEA | There are no local copies of this title. Off-site copies available: 1 of 1. | See all... |
|---|---|---|---|

**TitlePeek™**

Pink is for boys . . . and girls . . . and everyone! This timely and beautiful picture book rethinks and reframes the stereotypical blue/pink gender binary and empowers kids-and their grown-ups-to express themselves in every color of the rainbow.

Show Less ▲                    Explore! | Publication Info | Additional Info

## Explore!

- Colors -- Fiction.  [Find It]

- Gender identity -- Fiction.  [Find It]

- Self-esteem -- Fiction.  [Find It]

- Sex role -- Fiction.  [Find It]

- Titles by: Pearlman, Robb.  [Find It]

- Titles by: Kaban, Eda, ill.  [Find It]

## Publication Info

**Published** New York, NY : Running Press Book Publishers, 2018.

**Format** 1 v. (unpaged) p. : ill. ; 24 cm

**ISBN** 0-7624-6247-7

978-0-7624-6247-6

## Additional Info

- Interest grade level: PK1 Childrens Plus, Inc.

Top

©2002-2023  Follett School Solutions, LLC    20_0_0_RC3    5/31/2023 2:03 PM EDT



**Astatula Elementary School**

Login

Home     Catalog

Library Search > Search Results > "The magic misfits: the minor third" > Search Results > **"Rise up"**

**Library Search**

Destiny Discover

**Español**

How do I...  ?

Title Details    Reviews    Copies



### Rise up! : the art of protest / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557

**Jo Rippon.**

| Call #: | 322.4 RIP | Local copies available: 1 of 1. Off-site copies available: 2 of 2. | See all... |

Human rights belong to every single one of us, but they are often under threat. Developed in collaboration with Amnesty International, Rise Up! encourages young people to engage in peaceful protest and stand up for freedom. Photographs of protest posters celebrate the ongoing fight for gender equality, civil rights, LGBTQ rights, refugee and immigrant rights, peace, and the environment.

**TitlePeek™**

Show Less ▲

Explore! | Publication Info | Additional Info

### Explore!

- Political posters.
- Protest movements -- Pictorial works.
- Youth -- Political activity.   **Find It**
- Titles by: Rippon, Jo.

### Publication Info

**Published** Watertown, MA : Charlesbridge Publishing, 2020.
**Format** 60 p. : chiefly col. ill. ; 27 cm.
**ISBN** 1-62354-150-6
978-1-62354-150-7

### Additional Info

- Interest grade level: 456 Childrens Plus, Inc.
- Lexile: 1130L

Top



**Astatula Elementary School**

Log In

Home      Catalog

"And Tango makes three" > Search Results > "In our mothers' house" > Search Results > **"The best man"**

How do I... ?

Title Details      Reviews      Copies



**The best man / : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

**Richard Peck.**

| Call #: | F PEC - DD | There are no local copies of this title. Off-site copies available: 1 of 1. | See all... |

When Archer is in sixth grade, his beloved uncle Paul marries another man--Archer's favorite student teacher. But that's getting ahead of the story, and a wonderful story it is.

**TitlePeek™**

Show Less ▲

Explore! | Publication Info | Additional Info

## Explore!

- Family -- Fiction.    **Find It**
- Friendship -- Fiction.    **Find It**
- Humor -- Fiction.    **Find It**
- LGBTQ -- Fiction.
- Titles by: Peck, Richard.    **Find It**

## Publication Info

**Published** New York, NY : Puffin Books, [2017].

**Format** 232, 14 p. ; 20 cm.

**ISBN** 1-53642046-8
978-0-14-751579-7
978-1-53642046-3

## Additional Info

- Interest grade level: 456 Childrens Plus, Inc.
- Lexile: 540L

Top

©2002-2023  Follett School Solutions, LLC    20_0_0_RC3    5/31/2023 10:35 AM EDT



**Astatula Elementary School**

Log In

Home    Catalog

Library Search > Search Results > "The best man"

**Library Search**

Destiny Discover

**Español**

How do I... ?

Title Details    Reviews    Copies



RICHARD PECK

THE BEST MAN

TitlePeek™

Show Less ▲

**The best man / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

**Richard Peck.**

| Call #: | F PEC | There are no local copies of this title. Off-site copies available: 5 of 7. | See all... |

"Archer has four important role models in his life--his dad, his grandfather, his uncle Paul, and his favorite teacher, Mr. McLeod. When Uncle Paul and Mr. McLeod get married, Archer's sixth-grade year becomes one he'll never forget"--Provided by publisher.

Explore! | Publication Info | Additional Info

## Explore!

- Family life -- Fiction.    Find It
- School stories.    Find It
- Role models -- Fiction.    Find It
- Weddings -- Fiction.    Find It
- Gays -- Fiction.    Find It
- JUVENILE FICTION / Family / General (see also headings under Social Issues).    Find It
- JUVENILE FICTION / School & Education.    Find It
- Titles by: Peck, Richard, 1934-    Find It

## Publication Info

| | |
|---|---|
| **Published** | New York, NY : Dial Books for Young Readers, [2016] |
| **Format** | 232 p. ; 22 cm. |
| **LCCN** | 2015-49803 |
| **ISBN** | 978-0-8037-3839-3 |

## Additional Info

- School Library Journal starred, July 2016
- Booklist starred, July 2016
- Horn Book Starred, July 2016
- Pub Weekly, May 2016
- Kirkus Starred, June 2016
- Horn Book, April 2017
- Bulletin (Center for Children's books), July 2016
- Teacher Librarian, December 2016
- Junior Library Guild
- Reading grade level: 4.1.
- Interest grade level: 3-6 Follett School Solutions.
- Interest age level: Ages 10-12.
- Interest grade level: Grades 5-7.
- Interest grade level: 456 Childrens Plus, Inc.
- Interest grade level: 456.
- Lexile: 540L

Top

©2002-2023 Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 2:32 PM EDT

 **Follett Destiny**  Astatula Elementary School  Log In

Home    Catalog

"And Tango makes three" > Search Results > "In our mothers' house" > Search Results > "The deep & dark blue"

How do I...  ?

Title Details    Reviews    Copies



### The deep & dark blue : AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557

**Niki Smith.**

| Call #: | 741.5 SMI | There are no local copies of this title. Off-site copies available: 0 of 2. See all... |
|---------|-----------|------|

TitlePeek™

"After a terrible political coup usurps their noble house, Hawke and Grayson flee to stay alive and assume new identities, Hanna and Grayce. Desperation and chance lead them to the Communion of Blue, an order of magical women who spin the threads of reality to their will. As the twins learn more about the Communion, and themselves, they begin to hatch a plan to avenge their family and retake their royal home. While Hawke wants to return to his old life, Grayce struggles to keep the threads of her new life from unraveling, and realizes she wants to stay in the one place that will allow her to finally live as a girl"--Provided by publisher.

Show Less ▲

Explore! | Publication Info | Additional Info

## Explore!

- Nobility -- Comic books, strips, etc.  **Find It**
- Coups d'état -- Comic books, strips, etc.
- Magic -- Comic books, strips, etc.  **Find It**
- Twins -- Comic books, strips, etc.  **Find It**
- Brothers and sisters -- Comic books, strips, etc.  **Find It**
- Gender identity -- Comic books, strips, etc.  **Find It**
- Nobility -- Fiction.  **Find It**
- Magic -- Fiction.  **Find It**
- Twins -- Fiction.  **Find It**
- Brothers and sisters -- Fiction.  **Find It**
- Gender identity -- Fiction.  **Find It**

- Cartoons and comics.   **Find It**

- Fantasy comics.   **Find It**

- Graphic novels.   **Find It**

- Titles by: Smith, Niki.   **Find It**

## Publication Info

**Published** New York : Little, Brown and Co., 2020.

**Edition**    1st ed.

**Format**    1 v. (unpaged) : chiefly col. ill. ; 22 cm.

**LCCN**    2019-941622

**ISBN**    978-0-316-48601-9

## Additional Info

- Deep and dark blue
- School Library Journal starred, November 2019
- School Library Journal, November 2019
- Publishers Weekly, October 2019
- Kirkus Starred, November 2019
- Booklist, November 2019
- Bulletin (Center for Children's Books), January 2020
- Library Media Connection, November 2019
- Reading grade level: 4.1.
- Interest grade level: 3-6 Follett School Solutions.

Top

©2002-2023  Follett School Solutions, LLC    20_0_0_RC3    5/31/2023 10:39 AM EDT



**Astatula Elementary School**

Log In

Home     Catalog

Library Search > Search Results > **"The insiders"**

**Library Search**

Destiny Discover

**Español**

How do I...   ?

Title Details     Reviews     Copies



**TitlePeek™**

Show Less ▲

### The insiders / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557

**Mark Oshiro.**

| | | |
|---|---|---|
| **Call #:** | F OSH | There are no local copies of this title. Off-site copies available: 3 of 3. See all... |

"Twelve-year-old Héctor Muñoz, fleeing from bullies, discovers a magical closet that not only provides him sanctuary, but also unites him with two other kids facing similar problems at their own schools, helping them find friendship and strength in each other"--OCLC.

Explore! | Publication Info | Additional Info

### Explore!

- Space and time -- Fiction.   **Find It**
- Friendship -- Fiction.   **Find It**
- Bullies -- Fiction.   **Find It**
- Gays -- Fiction.   **Find It**
- Social integration -- Fiction.   **Find It**
- Mexican Americans -- Fiction.   **Find It**
- Middle schools -- Fiction.   **Find It**
- School stories.   **Find It**
- School fiction.   **Find It**
- Titles by: Oshiro, Mark.   **Find It**

### Publication Info

**Published** New York : Harper, an imprint of HarperCollinsPublishers, [2021]

**Edition**   1st ed.

| | |
|---|---|
| **Format** | 375 p. ; 22 cm. |
| **LCCN** | 2021-10296 |
| **ISBN** | 978-0-06-300810-6 |

## Additional Info

- School Library Journal, September 2021
- Publishers Weekly, July 2021
- Booklist, September 2021
- Horn Book, November 2021
- Bulletin (Center for Children's Books), September 2021
- Library Media Connection, October 2021
- Interest grade level: 5-8 Follett School Solutions.
- Interest grade level: 4567.

Top

©2002-2023 Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 2:03 PM EDT



**Astatula Elementary School**

Log In

Home     Catalog

Library Search > Search Results > **"The list of things that will not change"**

**Library Search**

Destiny Discover

**Español**

How do I...  ?

Title Details     Reviews     Copies



📘 **The list of things that will not change / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

**Rebecca Stead.**

| | | |
|---|---|---|
| **Call #:** | F STE | There are no local copies of this title. Off-site copies available: 12 of 13.  See all... |

Despite her parents' divorce, her father's coming out as gay, and his plans to marry his boyfriend, ten-year-old Bea is reassured by her parents' unconditional love, excited about getting a stepsister, and haunted by something she did last summer at her father's lake house.

**TitlePeek™**

Show Less ▲

Explore! | Publication Info | Additional Info

## Explore!

- Divorce     **Find It**
- Families     **Find It**
- Gay fathers     **Find It**
- Remarriage     **Find It**
- Weddings     **Find It**
- Divorce -- Fiction.     **Find It**
- Families -- Fiction.     **Find It**
- Gay fathers -- Fiction.     **Find It**
- Remarriage -- Fiction.     **Find It**
- Weddings -- Fiction.     **Find It**
- Family -- Fiction.     **Find It**

- Gay parents -- Fiction.　　Find It

- Titles by: Stead, Rebecca, author.　　Find It

## Publication Info

| | |
|---|---|
| **Edition** | First edition. |
| **Format** | 218 pages ; 22 cm |
| **Content type term** | text |
| **Media type term** | unmediated |
| **Carrier type term** | volume |
| **LCCN** | 2018-58393 |
| **ISBN** | 978-1-10193810-2 |

## Additional Info

- Junior Library Guild

- School Library Journal starred, March 2020

- Booklist starred, February 2020

- Horn Book Starred, March 2020

- Pub Weekly, February 2020

- Kirkus Starred, February 2020

- Interest age level: Ages 10-12.

- Interest grade level: Grades 5-7.

- Interest grade level: 456 Childrens Plus, Inc.

- Interest grade level: 456.

- Interest grade level: 3-6 Follett School Solutions.

- Reading grade level: 4.7.

- Lexile: 680L

- A Junior Library Guild selection

Top



**Astatula Elementary School**

Log In

Home     Catalog

Library Search > Search Results > **"The Lotterys more or less"**

Library Search

Destiny Discover

**Español**

How do I...  (?)

Title Details   Reviews   Copies



### The Lotterys more or less / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557

**Emma Donoghue ; illustrated by Caroline Hadilaksono.**

| Call #: | F Don | There are no local copies of this title. Off-site copies available: 1 of 1. | See all... |
|---|---|---|---|

Nine-year-old Sumac Lottery considers it her job to make sure none of the Lottery celebrations are forgotten, especially now at Christmas time, and in her large, gay, and multiethnic family there are a lot of occasions for celebration in the house they all call Camelottery--but when a terrible ice storm hits Toronto, one of her dads, and her favorite brother cannot make it home from India, and it becomes increasingly difficult to hang on to the holiday spirit.

**TitlePeek™**

Show Less ▲                    Explore! | Publication Info | Additional Info

## Explore!

- Families -- Ontario -- Toronto    **Find It**
- Gay parents    **Find It**
- Brothers and sisters    **Find It**
- Holidays    **Find It**
- Ice storms -- Ontario -- Toronto
- Family life -- Ontario -- Toronto -- Fiction.
- Gay parents -- Fiction.    **Find It**
- Brothers and sisters -- Fiction.    **Find It**
- Holidays -- Fiction.    **Find It**
- Ice storms -- Ontario -- Toronto -- Fiction.

- Family life -- Toronto (Ont.) -- Fiction.   **Find It**
- Siblings -- Fiction.   **Find It**
- Ice storms -- Fiction.
- Toronto (Ont.)   **Find It**
- Toronto (Ont.) -- Fiction.   **Find It**
- Canada -- Fiction.   **Find It**
- Titles by: Donoghue, Emma, 1969-   **Find It**
- Titles by: Hadilaksono, Caroline, ill.   **Find It**

## Publication Info

| | |
|---|---|
| **Published** | New York, NY : Arthur A. Levine Books, an imprint of Scholastic Inc., 2018. |
| **Edition** | 1st ed. |
| **Format** | 285 p. : ill. ; 22 cm. |
| **LCCN** | 2018-18039 |
| **ISBN** | 978-1-33820753-8 ((trade)) |
| | 1-33820753-9 |

## Additional Info

- Kirkus Review, August 2018
- Kirkus Review
- Reading grade level: 5.9 Follett Library Resources
- Interest grade level: 3-6 Follett Library Resources
- Interest grade level: 3-6

Top

©2002-2023  Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 2:03 PM EDT

 **Follett** Destiny

Astatula Elementary School

Log In

Home    Catalog

Library Search > Search Results > "The magic misfits: the minor third" > Search Results > **"The magic misfits: the minor third"**

**Library Search**

Destiny Discover

**Español**

How do I...   ?

**Title Details**    Reviews    Copies

 **The magic misfits: the minor third / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

**by Neil Patrick Harris & Alec Azam ; story artistry by Lissy Marlin ; how-to magic art by Kyle Hilton.**

| Call #: | F HAR | There are no local copies of this title. Off-site copies available: 1 of 1.  See all... |
|---------|-------|-----------------------------------------------------------------------------------------|

New member Emily helps the Magic Misfits when a ventriloquist with a dastardly plan comes to town.

TitlePeek™

Show Less ▲                    Explore! | Publication Info | Additional Info

## Explore!

- Magic tricks -- Fiction.   **Find It**
- Orphans -- Fiction.   **Find It**
- Ventriloquism -- Fiction.   **Find It**
- Friendship -- Fiction.   **Find It**
- Gay fathers -- Fiction.   **Find It**
- Humorous fiction.   **Find It**
- Titles by: Harris, Neil Patrick, 1973-   **Find It**
- Titles by: Azam, Alec.   **Find It**
- Titles by: Marlin, Lissy, ill.   **Find It**
- Titles by: Hilton, Kyle, ill.   **Find It**

## Publication Info

**Published** New York : Little, Brown and Co., 2020.

**Edition** 1st trade pbk. ed.

| | |
|---|---|
| **Format** | xi, 313 p. : ill. ; 20 cm. |
| **ISBN** | 978-0-316-39188-7 |

## Additional Info

- Minor third
- "3"--Spine.
- Booklist, September 2019
- Reading grade level: 5.2.
- Interest grade level: 3-6 Follett School Solutions.

Top

©2002-2023  Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 2:03 PM EDT



Astatula Elementary School

Log In

Home     Catalog

Library Search > Search Results > "The magic misfits: the minor third" > Search Results > **"Magic misfits: the second story"**

**Library Search**

Destiny Discover

**Español**

How do I...  ?

**Title Details**     Reviews     Copies





**Magic misfits: the second story / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

**by Neil Patrick Harris & Alec Azam ; story artistry by Lissy Marlin ; how-to magic by Kyle Hinton.**

| Call #: | F HAR | There are no local copies of this title. Off-site copies available: 1 of 1. | See all... |
|---|---|---|---|

Leila and the other Magic Misfits have the opportunity to perform with a famous stage psychic known as Madame Esmeralda, who may hold secrets to Leila's past.

TitlePeek™

Show Less ▲

Explore! | Publication Info | Additional Info

## Explore!

- Magic tricks -- Fiction.     **Find It**
- Orphans -- Fiction.     **Find It**
- Identity (Psychology) -- Fiction.     **Find It**
- Psychics -- Fiction.     **Find It**
- Friendship -- Fiction.     **Find It**
- Gay fathers -- Fiction.     **Find It**
- Humorous fiction.     **Find It**
- Titles by: Harris, Neil Patrick, 1973-     **Find It**
- Titles by: Azam, Alec.     **Find It**
- Titles by: Marlin, Lissy, ill.     **Find It**

## Publication Info

**Published** New York : Little, Brown and Co., 2019.

**Edition**     1st trade pbk. ed.

**Format**   xii, 312 p. : ill. ; 201 cm.

**ISBN**   978-0-316-39184-9

## Additional Info

- "2"--Spine.
- Booklist, June 2018
- Kirkus Review, August 2018
- Reading grade level: 5.0.
- Interest grade level: 3-6 Follett School Solutions.

Top

©2002-2023  Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 2:03 PM EDT



**Astatula Elementary School**

Log In

Home     Catalog

Library Search > Search Results > "The magic misfits: the minor third" > Search Results > **"Magic misfits: the second story"**

Library Search

Destiny Discover

**Español**

How do I...  ?

**Title Details**     Reviews     Copies



**TitlePeek™**



**Magic misfits: the second story / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

**by Neil Patrick Harris & Alec Azam ; story artistry by Lissy Marlin ; how-to magic by Kyle Hinton.**

| Call #: | F HAR | There are no local copies of this title. Off-site copies available: 1 of 1. See all... |
|---|---|---|

Leila and the other Magic Misfits have the opportunity to perform with a famous stage psychic known as Madame Esmeralda, who may hold secrets to Leila's past.

Show Less ▲               Explore! | Publication Info | Additional Info

**Explore!**

- Magic tricks  **Find It**
- Orphans  **Find It**
- Identity (Philosophical concept)  **Find It**
- Psychics  **Find It**
- Friendship  **Find It**
- Gay fathers  **Find It**
- Magic tricks -- Fiction.  **Find It**
- Orphans -- Fiction.  **Find It**
- Identity -- Fiction.  **Find It**
- Psychics -- Fiction.  **Find It**
- Friendship -- Fiction.  **Find It**

- Gay fathers -- Fiction.   Find It

- Identity (Psychology) -- Fiction.   Find It

- Humorous fiction.   Find It

- Titles by: Harris, Neil Patrick, 1973-   Find It

- Titles by: Azam, Alec.   Find It

- Titles by: Marlin, Lissy, ill.   Find It

## Publication Info

**Published** New York : Little, Brown and Co., 2018.

**Edition** 1st ed.

**Format** xii, 312 p. : ill. ; 21 cm.

**LCCN** 2017-56646

**ISBN** 978-0-316-39185-6 ((trade))

0-316-39185-9

## Additional Info

- "Leila Vol. II"--Spine.

- Booklist, June 2018

- Kirkus Review, August 2018

- Booklist

- Kirkus Review

- Reading grade level: 5.2 Follett Library Resources

- Interest grade level: 3-6 Follett Library Resources

- Interest grade level: 3-6

Top

©2002-2023  Follett School Solutions, LLC    20_0_0_RC3    5/31/2023 2:03 PM EDT



**Astatula Elementary School**

Log In

Home     Catalog

Library Search > Search Results > "The magic misfits: the minor third"

**Library Search**

Destiny Discover

**Español**

How do I... ?

Title Details     Reviews     Copies

### The magic misfits: the minor third / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557

**by Neil Patrick Harris & Alec Azam ; story artistry by Lissy Marlin ; how-to magic art by Kyle Hilton.**



| Call #: | F HAR | There are no local copies of this title. Off-site copies available: 1 of 1. See all... |
|---|---|---|

New member Emily helps the Magic Misfits when a ventriloquist with a dastardly plan comes to town.

**TitlePeek™**

Show Less ▲

Explore! | Publication Info | Additional Info

## Explore!

- Magic tricks -- Fiction.                Find It
- Orphans -- Fiction.                Find It
- Ventriloquism -- Fiction.                Find It
- Friendship -- Fiction.                Find It
- Gay fathers -- Fiction.                Find It
- Humorous fiction.                Find It
- Titles by: Harris, Neil Patrick, 1973-                Find It
- Titles by: Azam, Alec.                Find It
- Titles by: Marlin, Lissy, ill.                Find It
- Titles by: Hilton, Kyle, ill.                Find It

## Publication Info

**Published** New York : Little, Brown and Co., 2019.

**Edition**    1st ed.

**Format**    xi, 313 p. : ill. ; 21 cm.

**LCCN**   2019-5697

**ISBN**   978-0-316-39187-0

## Additional Info

- "Theo Vol. III"--Spine.

- Booklist, September 2019

- Reading grade level: 7.0.

- Interest grade level: 3-6 Follett School Solutions.

Top

©2002-2023  Follett School Solutions, LLC    20_0_0_RC3    5/31/2023 2:03 PM EDT



**Astatula Elementary School**

Log In

Home    Catalog

Library Search > Search Results > "The magic misfits: the minor third" > Search Results > **"The only black girls in town"**

Library Search

Destiny Discover

**Español**

How do I... ?

Title Details    Reviews    Copies

**The only black girls in town /
AVAILABLE TO GRADES 4 AND
UP ONLY PER HB 1557**

**Brandy Colbert.**



| **Call #:** | F COL | There are no local copies of this title. Off-site copies available: 6 of 7. |
| --- | --- | --- |

See all...

In a predominately white California beach town, the only two black seventh-graders, Alberta and Edie, find hidden journals that uncover family secrets and speak to race relations in the past.

**TitlePeek™**

Show Less ▲                    Explore! | Publication Info | Additional Info

## Explore!

- Friendship -- Fiction.    Find It
- African Americans -- Fiction.    Find It
- Race relations -- Fiction.    Find It
- Secrecy -- Fiction.    Find It
- Gay fathers -- Fiction.    Find It
- California -- Fiction.    Find It
- Titles by: Colbert, Brandy.    Find It

## Publication Info

| | |
| --- | --- |
| **Published** | New York : Little, Brown and Co., 2020. |
| **Edition** | 1st ed. |
| **Format** | 355 p. ; 21 cm. |
| **LCCN** | 2019-22183 |
| **ISBN** | 978-0-316-45638-8 |

## Additional Info

- School Library Journal starred, March 2020
- Booklist starred, March 2020

- Pub Weekly, January 2020
- Kirkus Starred, December 2019
- Horn Book, July 2020
- Bulletin (Center for Children's Books), March 2020
- Junior Library Guild
- Reading grade level: 4.5.
- Interest grade level: 3-6 Follett School Solutions.
- Interest age level: Ages 11-14.
- Interest grade level: Grades 6-9.
- Interest grade level: 456.

Top

©2002-2023 Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 2:03 PM EDT



**Astatula Elementary School**

Log In

Home     Catalog

Library Search > Search Results > "The magic misfits: the minor third" > Search Results > **"The only black girls in town"**

Library Search

Destiny Discover

**Español**

How do I... ❓

Title Details     Reviews     Copies



TitlePeek™



**The only black girls in town /
AVAILABLE TO GRADES 4 AND
UP ONLY PER HB 1557**

**Brandy Colbert.**

| Call #: | F COL | There are no local copies of this title. Off-site copies available: 1 of 1. See all... |

In a predominately white California beach town, the only two black seventh-graders, Alberta and Edie, find hidden journals that uncover family secrets and speak to race relations in the past.

Show Less ▲                Explore! | Publication Info | Additional Info

## Explore!

- Friendship -- Fiction.      [ Find It ]
- African Americans -- Fiction.      [ Find It ]
- Race relations -- Fiction.      [ Find It ]
- Secrecy -- Fiction.      [ Find It ]
- Gay fathers -- Fiction.      [ Find It ]
- California -- Fiction.      [ Find It ]
- Titles by: Colbert, Brandy.      [ Find It ]

## Publication Info

**Published** New York : Little, Brown and Co., 2021.

**Edition**   1st trade pbk. ed.

**Format**   355 p. ; 20 cm.

**ISBN**   978-0-316-45640-1

## Additional Info

- School Library Journal starred, March 2020
- Booklist starred, March 2020

- Pub Weekly, January 2020
- Kirkus Starred, December 2019
- Horn Book, July 2020
- Bulletin (Center for Children's Books), March 2020
- Reading grade level: 4.5.
- Interest grade level: 3-6 Follett School Solutions.

Top

©2002-2023  Follett School Solutions, LLC    20_0_0_RC3    5/31/2023 2:03 PM EDT



**Astatula Elementary School**

Log In

Home    Catalog

Library Search > Search Results > "The magic misfits: the minor third" > Search Results > "This would make a good story someday"

**Library Search**

Destiny Discover

**Español**

How do I...  (?)

**Title Details**    Reviews    Copies



## This would make a good story someday / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557

**Dana Alison Levy.**

| Call #: | F LEV | There are no local copies of this title. Off-site copies available: 5 of 6. | See all... |

Although not thrilled when her summer plans are upended for a surprise cross-country train trip with her family and embarrassed because one of her moms is writing a tell-all book about the trip, twelve-year-old Sara Johnston-Fischer finds herself changing along with the landscape outside the train windows.

**TitlePeek™**

Show Less ▲

Explore! | Publication Info | Additional Info

### Explore!

- Family life -- Fiction.    [Find It]
- Railroad travel -- Fiction.    [Find It]
- Authorship -- Fiction.    [Find It]
- Lesbian mothers -- Fiction.    [Find It]
- Gay parents -- Fiction.    [Find It]
- JUVENILE FICTION / Social Issues / Adolescence.    [Find It]
- JUVENILE FICTION / Family / General (see also headings under Social Issues).    [Find It]
- JUVENILE FICTION / Social Issues / New Experience.    [Find It]
- Titles by: Levy, Dana Alison, author.    [Find It]

### Publication Info

| | |
|---|---|
| **Edition** | First edition. |
| **Format** | pages cm |
| **Content type term** | text |
| **Media type term** | unmediated |
| **Carrier type term** | volume |
| **LCCN** | 2016-32310 |
| **ISBN** | 978-1-10193817-1 (hardback) |
| | 978-1-10193818-8 (glb) |

## Additional Info

- Companion to The misadventures of the family Fletcher and The family Fletcher takes Rock Island.

- Junior Library Guild

- Interest age level: Ages 10-12.

- Interest grade level: Grades 5-7.

- Interest grade level: 4567 Childrens Plus, Inc.

- Lexile: 860L

Top

©2002-2023  Follett School Solutions, LLC    20_0_0_RC3    5/31/2023 2:03 PM EDT



**Astatula Elementary School**

Log In

Home     Catalog

Library Search > Search Results > "The magic misfits: the minor third" > Search Results > **"To Night Owl from Dogfish"**

**Library Search**

Library Search

Destiny Discover

**Español**

How do I...  ?

Title Details     Reviews     Copies



**To Night Owl from Dogfish /
AVAILABLE TO GRADES 4 AND
UP ONLY PER HB 1557**

**Holly Goldberg Sloan & Meg Wolitzer.**

| | | |
|---|---|---|
| **Call #:** | F SLO | There are no local copies of this title. Off-site copies available: 1 of 1. See all... |

Unhappy about being sent to the same summer camp after their fathers start dating, Bett and Avery, eleven, eventually begin scheming to get the couple back together after a break-up. Told entirely through emails.

**TitlePeek™**

Show Less ▲                    Explore!  |  Publication Info  |  Additional Info

### Explore!

- Father-daughter relationship -- Fiction.   **Find It**
- Gay men -- Fiction.   **Find It**
- Fathers -- Fiction.   **Find It**
- Dating (Social customs) -- Fiction.   **Find It**
- Camps -- Fiction.   **Find It**
- Friendship -- Fiction.   **Find It**
- Text messaging -- Fiction.   **Find It**
- Titles by: Sloan, Holly Goldberg, 1958-   **Find It**
- Titles by: Wolitzer, Meg.   **Find It**

### Publication Info

**Published** New York : Puffin Books, 2020.

**Format**   293 p. : 20 cm.

**ISBN**   978-0-525-55324-3

### Additional Info

- School Library Journal starred, February 2019
- Publishers Weekly, October 2018
- Booklist, February 2019
- New York Times, January 2019
- Horn Book, March 2019
- Voice of Youth Advocates (V.O.Y.A.), February 2019
- Kirkus Review, December 2018
- Reading grade level: 5.6.
- Interest grade level: 3-6 Follett School Solutions.

Top

©2002-2023 Follett School Solutions, LLC    20_0_0_RC3    5/31/2023 2:04 PM EDT



**Astatula Elementary School**

Log In

Home     Catalog

Library Search > Search Results > "The magic misfits: the minor third" > Search Results > **"Too bright to see"**

Library Search

Destiny Discover

**Español**

How do I...   ?

Title Details     Reviews     Copies



**Too bright to see / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

**Kyle Lukoff.**

| Call #: | F LUK | There are no local copies of this title. Off-site copies available: 3 of 3. **See all...** |
|---|---|---|

In the summer before middle school, eleven-year-old Bug must contend with best friend Moira suddenly caring about clothes, makeup, and boys; a ghost haunting; and the truth about Bug's gender identity.

**TitlePeek™**

Show Less ▲                    Explore! | Publication Info | Additional Info

## Explore!

- Friendship -- Fiction.   **Find It**

- Haunted houses -- Fiction.   **Find It**

- Transgender people -- Fiction.   **Find It**

- Vermont -- Fiction.   **Find It**

- Titles by: Lukoff, Kyle.   **Find It**

## Publication Info

**Published** New York : Dial Books for Young Readers, 2021.

**Format**     186 p. ; 22 cm.

**ISBN**       978-0-593-11115-4

## Additional Info

- School Library Journal starred, April 2021
- Notable/Best Books (A.L.A.), January 2022
- Booklist starred, April 2021
- Bulletin of the Center for Children's Books starre, May 2021
- Pub Weekly, March 2021
- Kirkus Starred, March 2021

- New York Times, June 2021
- Horn Book, March 2021
- Reading grade level: 5.1.
- Interest grade level: 3-6 Follett School Solutions.
- Reading grade level: 5.2.
- Interest grade level: 5-8 Follett School Solutions.
- Interest grade level: 3456.
- Newbery Medal/Honor, 2022

Top

©2002-2023 Follett School Solutions, LLC   20_0_0_RC3   5/31/2023 2:04 PM EDT

 **Follett** Destiny

Astatula Elementary School

Log In

Home    Catalog

Library Search > Search Results > "The magic misfits: the minor third" > Search Results > "We move the world"

**Library Search**

Destiny Discover

**Español**

How do I... ⓘ

Title Details    Reviews    Copies



📘 **We move the world / :**
**AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

**Kari Lavelle ; illustrated by Nabi H. Ali.**



| Call #: | 303.4 LAV | There are no local copies of this title. Off-site copies available: 2 of 3. | See all... |

Meet some of the world's most beloved movers, shakers, scientists, activists, dreamers and doers-in this inspirational book by debut author Kari Lavelle, who gently reminds us that before folks like Ruth Bader Ginsberg, Neil Armstrong, Martin Luther King, Jr., and Misty Copeland were activists and trailblazers, they spoke their first words, took their first steps, and dreamed about the future.

**TitlePeek™**

Show Less ▲

Explore! | Publication Info | Additional Info

## Explore!

- Social change -- History.     **Find It**
- Social change -- 21st century.
- Titles by: Lavelle, Kari.

- Titles by: Ali, Nabi H., ill.     **Find It**

## Publication Info

| Published | New York, NY : HarperCollins Publishers, 2021. |
| Edition | First edition. |
| Format | 1 v. (unpaged) p. : col. ill. ; 29 cm. |
| ISBN | 0-06-291685-8 |
| | 978-0-06-291685-3 |

## Additional Info

- Includes bibliographical references.
- Interest grade level: K12 Childrens Plus, Inc.

Top

©2002-2023  Follett School Solutions, LLC    20_0_0_RC3    5/31/2023 2:04 PM EDT

 **Astatula Elementary School**

Log In

Home    Catalog

Library Search > Search Results > "The magic misfits: the minor third" > Search Results > "What are your words"

**Library Search**

Destiny Discover

**Español**

How do I... 

**Title Details**    Reviews    Copies



### What are your words? : a book about pronouns / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557

**Katherine Locke ; illustrated by Anne Passchier.**

TitlePeek™

| Call #: | E LOC | There are no local copies of this title. Off-site copies available: 1 of 1. | See all... |

Whenever Ari's Uncle Lior comes to visit, they ask Ari one question: "What are your words?" Some days Ari uses she/her. Other days Ari uses he/him. But on the day of the neighborhood's big summer bash, Ari doesn't know what words to use. On the way to the party, Ari and Lior meet lots of neighbors and learn the words each of them use to describe themselves, including pronouns like she/her, he/him, they/them, ey/em, and ze/zir.

Show Less ▲                Explore! | Publication Info | Additional Info

### Explore!

- English language -- Pronoun -- Fiction.
- Gender identity -- Fiction.    **Find It**
- Neighbors -- Fiction.    **Find It**
- Uncles -- Fiction.    **Find It**
- Titles by: Locke, Katherine.    **Find It**
- Titles by: Passchier, Anne, ill.

### Publication Info

| | |
|---|---|
| **Published** | New York, NY : Little, Brown Books for Young Readers, 2021. |
| **Edition** | First edition. |
| **Format** | 1 v. (unpaged) p. : col. ill. ; 23 cm |
| **ISBN** | 0-316-54206-7 |
| | 978-0-316-54206-7 |

**Additional Info**

- Interest grade level: PK1 Childrens Plus, Inc.

Top



**Astatula Elementary School**

Log In

Home     Catalog

Library Search > Search Results > "The magic misfits: the minor third" > Search Results > "When Aidan became a brother"

Library Search

Destiny Discover

**Español**

How do I...  ?

**Title Details**     Reviews     Copies



WHEN AIDAN BECAME A BROTHER

TitlePeek™

**When Aidan became a brother / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

**Kyle Lukoff ; illustrated by Kaylani Juanita.**

| **Call #:** | E LUK | There are no local copies of this title. Off-site copies available: 3 of 3. | See all... |
|---|---|---|---|

When Aidan was born, everyone thought he was a girl. His parents gave him a pretty name, his room looked like a girl's room, and he wore clothes that other girls liked wearing. After he realized he was a trans boy, Aidan and his parents fixed the parts of life that didn't fit anymore, and he settled happily into his new life.

Show Less ▲                    Explore! | Publication Info | Additional Info

## Explore!

- Brothers -- Fiction.  **Find It**

- Parent and child -- Fiction.  **Find It**

- Transgender people -- Fiction.  **Find It**

- Titles by: Lukoff, Kyle.  **Find It**

- Titles by: Juanita, Kaylani, ill.  **Find It**

## Publication Info

**Published** New York : Lee & Low Books, Incorporated, 2019.

**Format** 1 v. (unpaged) p. : col. ill. ; 20 cm

**ISBN** 1-62014-837-4

978-1-62014-837-2

## Additional Info

- Interest grade level: PK1 Childrens Plus, Inc.

Top

©2002-2023  Follett School Solutions, LLC    20_0_0_RC3    5/31/2023 2:04 PM EDT



**Astatula Elementary School**

Log In

Home     Catalog

Library Search > Search Results > "The magic misfits: the minor third" > Search Results > "Zeke Meeks vs. the gruesome girls"

**Library Search**

Destiny Discover

**Español**

How do I...  ?

Title Details     Reviews     Copies

**Zeke Meeks vs. the gruesome girls / AVAILABLE TO GRADES 4 AND UP ONLY PER HB 1557**

by D.L. Green ; illustrated by Josh Alves.

(Series: Zeke Meeks.)



| Call #: | F GRE | There are no local copies of this title. Off-site copies available: 5 of 5.   See all... |
|---------|-------|------|

TitlePeek™

Third-grader Zeke Meeks already has two sisters, so he is bitterly disappointed when his new neighbor proves to be a girl--can Charlie change his mind and prove to him that boys and girls can play together?

Show Less ▲

Explore! | Publication Info | Additional Info

## Explore!

- Friendship   **Find It**
- Brothers and sisters   **Find It**
- Gender identity   **Find It**
- Schools   **Find It**
- Friendship -- Fiction.   **Find It**
- Brothers and sisters -- Fiction.   **Find It**
- Sex role -- Fiction.   **Find It**
- Schools -- Fiction.   **Find It**
- Humorous stories.   **Find It**
- Titles by: Green, D. L. (Debra L.)   **Find It**
- Titles by: Alves, Josh, ill.   **Find It**

- Series: Zeke Meeks. Find It

## Publication Info

**Published** Mankato, Minn. : Picture Window Books, c2012.
**Format** 122 p. : ill. ; 19 cm.
**LCCN** 2011-29900
**ISBN** 978-1-40486805-2 (library binding)
1-40486805-4 (library binding)
978-1-40487221-9 (pbk.)
1-40487221-3 (pbk.)

## Additional Info

- Zeke Meeks versus the gruesome girls.
- Interest grade level: 4-8 Medialog, Inc.
- Reading grade level: 3.0.
- Interest grade level: K-3 Follett School Solutions.
- Lexile: 500L

Top

©2002-2023 Follett School Solutions, LLC 20_0_0_RC3 5/31/2023 2:04 PM EDT