# Exhibit D

                Florida Freedom to Read Project FFTRP <flfreedomtoreadproject@gmail.com>

# Public Records Request
8 messages

**Obando, Laine C** <ObandoL@lake.k12.fl.us>                                                                                   Mon, Dec 12, 2022 at 8:47 PM
To: "flfreedomtoreadproject@gmail.com" <flfreedomtoreadproject@gmail.com>

Good evening,

Responses to the recent public records request are provided below.

There have been 0 challenge forms submitted to the district on or after 7/1/22, therefore there are no review committee agendas or minutes during this time frame. There are no books marked "under review."

Books Pulled from 7/1/22 – 12/11/22 are listed below:

**Elementary Schools (Grades K-3):**

Day in the Life of Marlon Bundo – Jill Twiss

And Tango Makes Three – Justin Richardson and Peter Parnell

In our Mother's House – Patricia Polacco

Administratively removed due to content regarding sexual orientation/gender identification prohibited in HB 1557.

**Middle and High Schools:**

Perks of Being a Wallflower – Stephen Chbosky

Looking for Alaska – John Green

Nineteen Minutes – Jodie Picoult

Crank – Ellen Hopkins

A Bad Boy Can Be Good for a Girl- Tanya Stone

Administratively removed due to explicit sexual content as defined and prohibited in FL Statute 847.012.

Thank you,

Laine Obando

Executive Director

Curriculum, Instruction, and Assessment

(352) 742-6900



**From:** FFTRP <flfreedomtoreadproject@gmail.com>
**Sent:** Monday, December 5, 2022 4:45 PM
**To:** Cockcroft, Amy S <CockcroftA@lake.k12.fl.us>; Owens, Sherri M <OwensS@lake.k12.fl.us>
**Subject:** PRR: Actions taken against books

Good Afternoon,

We would like to file a new public records request regarding book challenges, reviews, removals, and restrictions. This includes electronic copies of documents related to such actions: leadership directives to remove or restrict books, challenge forms submitted to the district, review committee agendas or minutes, and Follett reports for books marked "under review" (similar to a weeding report that would be run).

We are requesting documents related to the 22/23 SY (so on or after 7/1/22).

Thanks in advance for your assistance.

--

Warm Regards,

Jen Cousins, Stephana Ferrell, and Raegan Miller

Florida Freedom To Read Project



@FLFREEDOMREAD on Twitter

Under Florida's "Public Records" law, absent a specific exclusion, written communications to or from Lake School District employees are considered public records. E-mail communication with this correspondent may be subject to public and media disclosure upon request.

---

**FFTRP** <flfreedomtoreadproject@gmail.com>   Tue, Dec 13, 2022 at 8:32 AM
To: simone.chriss@southernlegal.org

From the district: removed due to HB1557!

[Quoted text hidden]

---

**FFTRP** <flfreedomtoreadproject@gmail.com>   Wed, Dec 14, 2022 at 12:27 PM
To: Gianmarco Antosca <gianmarco@ncac.org>, Gordon Danning <gordon@ncac.org>

Here you go.

---------- Forwarded message ---------
From: **Obando, Laine C** <ObandoL@lake.k12.fl.us>
Date: Mon, Dec 12, 2022 at 8:47 PM
Subject: Public Records Request
To: flfreedomtoreadproject@gmail.com <flfreedomtoreadproject@gmail.com>

[Quoted text hidden]

---

**Gordon Danning** <gordon@ncac.org>  Wed, Dec 14, 2022 at 12:44 PM
To: FFTRP <flfreedomtoreadproject@gmail.com>
Cc: Gianmarco Antosca <gianmarco@ncac.org>

Hi, thanks. Do we know that all of these books were removed from libraries, as opposed to removed from classroom use (including "classroom libraries")?



**Gordon Danning**
**Consultant - Youth Free Expression Program**
**National Coalition Against Censorship**
Office: 212-807-6222, ext. 109

gordon@ncac.org (he/him)

 

19 Fulton Street, #407, New York, NY 10038
ncac.org

[Quoted text hidden]

---

**FFTRP** <flfreedomtoreadproject@gmail.com>  Wed, Dec 14, 2022 at 12:47 PM
To: Gordon Danning <gordon@ncac.org>
Cc: Gianmarco Antosca <gianmarco@ncac.org>

I will ask for clarification!

[Quoted text hidden]

---

**FFTRP** <flfreedomtoreadproject@gmail.com>  Wed, Dec 14, 2022 at 12:50 PM
To: "Obando, Laine C" <ObandoL@lake.k12.fl.us>

Hello Ms. Obando,

Thank you for the information. We share our tracking with a number of national organizations for the public good. To ensure our reporting is accurate, can you clarify if the books were removed solely from all district media centers or if their removal was also ordered from classroom libraries as well? Additionally, were the three books removed because of HB1557 removed completely or just from K-3 access?

Thank you again for your help!

[Quoted text hidden]

---

**Obando, Laine C** <ObandoL@lake.k12.fl.us>  Mon, Dec 19, 2022 at 11:57 AM
To: FFTRP <flfreedomtoreadproject@gmail.com>

Good morning,

In response to your question below, classroom libraries, as defined by the law, are included in the statute. Therefore, pulling books due to violation of the law would include classroom libraries. Books pulled due to violation of law have been removed from school libraries in which K-3 students have

access.

Thank you,

Laine Obando

Executive Director

Curriculum, Instruction, and Assessment

(352) 742-6900



**From:** FFTRP <flfreedomtoreadproject@gmail.com>
**Sent:** Wednesday, December 14, 2022 12:50 PM
**To:** Obando, Laine C <ObandoL@lake.k12.fl.us>
**Subject:** Re: Public Records Request

**CAUTION:** This email originated from outside the LCSB organization. Do not click links or open attachments unless you recognize the sender and know the content is safe!

[Quoted text hidden]

---

**FFTRP** <flfreedomtoreadproject@gmail.com>  **Mon, Dec 19, 2022 at 12:04 PM**
To: Gordon Danning <gordon@ncac.org>, Gianmarco Antosca <gianmarco@ncac.org>

Yes, removed from classrooms too.

---------- Forwarded message ---------
From: **Obando, Laine C** <ObandoL@lake.k12.fl.us>
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]