# Exhibit E



**Beverly Shores Elementary School**                                                                Log In

Home     Catalog

Library Search > Search Results > "A new Barker in the house"

**Library Search**

Destiny Discover

Resource Lists

How do I... ?

Title Details    Reviews    Copies



### A new Barker in the house

written and illustrated by Tomie dePaola.

(Series: Barkers)

| | |
|---|---|
| **Call #:** | E D |

Local copies available: 2 of 2.
Off-site copies available: 4 of 5.   See all...

Twins Moffie and Morgie are excited when they hear that their family is adopting a three-year-old Hispanic boy.

TitlePeek™

**Selected List:** My List    [Add to This List]

Show Less ▲                    Explore! | Quiz Info | Publication Info | Additional Info

## Explore!

- Adoption -- Fiction.   [Find It]
- Brothers and sisters -- Fiction.   [Find It]
- Twins -- Fiction.   [Find It]
- Hispanic Americans -- Fiction.   [Find It]
- Siblings -- Fiction.   [Find It]
- Titles by: De Paola, Tomie.   [Find It]
- Series: Barkers   [Find It]
- Series: De Paola, Tommie. Barkers.   [Find It]

## Quiz Info

Accelerated Reader®     Quiz Number: 59839        Points: 0.5 pts.
                        Reading level: 2.0         Interest level: LG

## Publication Info

**Published** New York : Putnam's, c2002.
**Format**    [32] p. : col. ill. ; 28 cm.
**LCCN**      2001-48128
**ISBN**      0-399-23865-4

## Additional Info

- Booklist
- Kirkus Review
- Library Media Connection
- Booklist, July 2002
- Kirkus Review, March 2002
- Library Media Connection, March 2003
- Reading grade level: 2.9 Follett Library Resources
- Interest grade level: K-3 Follett Library Resources
- Reading grade level: 2.9
- Reading grade level: 2.5

Top