UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PETER PARNELL, JUSTIN
RICHARDSON, E.D.B., E.D.B. by
and through her parent, Whitney
Morgan Donovan, Z.T., Z.T. by and
through her parent, Jane Doe,
M.H., M.H. by and through his
guardian and next friend, Ann Roe,
D.S., D.S. by and through his
guardian and next friend, Ann Roe,
E.S., E.S. by and through his
guardian and next friend, Ann Roe,
and E.T., E.T. by and through her
parent, Jane Doe,

    Plaintiffs,

v.                                  Case No. 5:23-cv-381-BJD-PRL

SCHOOL BOARD OF LAKE
COUNTY, FLORIDA, DIANE
KORNEGAY, Diane Kornegay, in
her official capacity as
Superintendent of the Lake County
School District, MANNY DIAZ, JR.,
Manny Diaz, Jr., in his official
capacity as Florida Commissioner
of Education, BEN GIBSON, Ben
Gibson, in his official capacity as
chair of the Florida State Board of
Education, RYAN PETTY, Ryan
Petty, in his official capacity as vice
chair of the Florida State Board of
Education, MONESIA BROWN,
Monesia Brown, in her official
capacity as a member of the Florida
State Board of Education, ESTHER
BYRD, Esther Byrd, in her official

capacity as a member of the Florida State Board of Education, GRAZIE P. CHRISTIE, Grazie P. Christie, in her official capacity as a member of the Florida State Board of Education, KELLY GARCIA, Kelly Garcia, in her official capacity as a member of the Florida State Board of Education, and MARYLYNN MAGAR, MaryLynn Magar, in her official capacity as a member of the Florida State Board of Education,

Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiffs Parnell, Richardson, D.S., E.S., and M.H.'s Motion for Preliminary Injunction (Doc. 6).

The Court will facilitate an expeditious resolution of Plaintiffs' request to require Defendants School Board of Lake County, Florida and Kornegay (the "Lake County Defendants") to restore student access to *And Tango Makes Three*, regardless of grade level in Lake County public school libraries. The Court will set an expedited briefing schedule in consideration of Plaintiffs' Motion. The Court expects strict adherence to the deadlines established by this Order.

Accordingly, it is

**ORDERED:**

1. Plaintiffs' Motion for Preliminary Injunction (Doc. 6) is **TAKEN UNDER ADVISEMENT.**

2. **By June 28, 2023**, Plaintiff must provide proper proof of service of process upon the Lake County Defendants.

3. The Lake County Defendants shall respond, in no more than twenty-five (25) substantive pages, to Plaintiffs' Motion **no later than July 13, 2023. By July 20, 2023**, Plaintiffs may file a reply of no more than seven (7) substantive pages.

4. The Court will set the matter for **HEARING** on Plaintiffs' Motion for Preliminary Injunction (Doc. 6), if necessary, once the parties have filed their briefing. The Hearing will be conducted under Rule 65 and the Local Rules. On the same date that Plaintiffs' response is due, the parties shall file a notice with the Court stating whether they believe an evidentiary hearing is necessary. Unless otherwise ordered, the hearing will be limited to the written submissions and arguments of counsel.

**DONE and ORDERED** in Jacksonville, Florida this 22ND day of June 2023.

BRIAN J. DAVIS
United States District Judge

8
Copies furnished to:
Counsel of Record
Unrepresented Parties