UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PETER PARNELL, JUSTIN
RICHARDSON, E.D.B., E.D.B. by
and through her parent, Whitney
Morgan Donovan, Z.T., Z.T. by and
through her parent, Jane Doe,
M.H., M.H. by and through his
guardian and next friend, Ann Roe,
D.S., D.S. by and through his
guardian and next friend, Ann Roe,
E.S., E.S. by and through his
guardian and next friend, Ann Roe,
and E.T., E.T. by and through her
parent, Jane Doe,

    Plaintiffs,

v.                                             Case No. 5:23-cv-381-BJD-PRL

SCHOOL BOARD OF LAKE
COUNTY, FLORIDA, DIANE
KORNEGAY, Diane Kornegay, in
her official capacity as
Superintendent of the Lake County
School District, MANNY DIAZ, JR.
, Manny Diaz, Jr., in his official
capacity as Florida Commissioner
of Education, BEN GIBSON, Ben
Gibson, in his official capacity as
chair of the Florida State Board of
Education, RYAN PETTY, Ryan
Petty, in his official capacity as vice
chair of the Florida State Board of
Education, MONESIA BROWN,
Monesia Brown, in her official
capacity as a member of the Florida
State Board of Education, ESTHER
BYRD, Esther Byrd, in her official

capacity as a member of the Florida State Board of Education, GRAZIE P. CHRISTIE, Grazie P. Christie, in her official capacity as a member of the Florida State Board of Education, KELLY GARCIA, Kelly Garcia, in her official capacity as a member of the Florida State Board of Education, and MARYLYNN MAGAR, MaryLynn Magar, in her official capacity as a member of the Florida State Board of Education,

Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiffs Parnell, Richardson, D.S., and E.S.'s (collectively, Plaintiffs) Request for Oral Argument (Doc. 7). This matter will be scheduled for a hearing on Plaintiffs' Motion for Preliminary Injunction (Doc. 6) on **WEDNESDAY, JULY 26, 2023, at 1:00 P.M.**, before the Honorable Brian J. Davis, United States District Judge in the United States Courthouse Courtroom No. 12C, Twelfth Floor, 300 North Hogan Street, Jacksonville, Florida 32202.

**DONE and ORDERED** in Jacksonville, Florida this 28th day of June 2023.

_____
BRIAN J. DAVIS
United States District Judge

8
Copies furnished to:

Counsel of Record
Unrepresented Parties