**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

PETER PARNELL, JUSTIN RICHARDSON, E.D.B., E.D.B. by and through her parent, Whitney Morgan Donovan, Z.T., Z.T. by and through her parent, Jane Doe, M.H., M.H. by and through his guardian and next friend, Ann Roe, D.S., D.S. by and through his guardian and next friend, Ann Roe, E.S., E.S. by and through his guardian and next friend, Ann Roe, and E.T., E.T. by and through her parent, Jane Doe,

    Plaintiffs,

v.

SCHOOL BOARD OF LAKE COUNTY, FLORIDA, DIANE KORNEGAY, Diane Kornegay, in her official capacity as Superintendent of the Lake County School District, MANNY DIAZ, JR. , Manny Diaz, Jr., in his official capacity as Florida Commissioner of Education, BEN GIBSON, Ben Gibson, in his official capacity as chair of the Florida State Board of Education, RYAN PETTY, Ryan Petty, in his official capacity as vice chair of the Florida State Board of Education, MONESIA BROWN, Monesia Brown, in her official capacity as a member of the Florida State Board of Education, ESTHER BYRD, Esther Byrd, in her official

Case No. 5:23-cv-381-BJD-PRL

capacity as a member of the Florida State Board of Education, GRAZIE P. CHRISTIE, Grazie P. Christie, in her official capacity as a member of the Florida State Board of Education, KELLY GARCIA, Kelly Garcia, in her official capacity as a member of the Florida State Board of Education, and MARYLYNN MAGAR, MaryLynn Magar, in her official capacity as a member of the Florida State Board of Education,

      Defendants.

_____/

## O R D E R

**THIS CAUSE** is before the Court on State Defendants'[1] Time Sensitive Motion to Transfer Pursuant to Local rule 1.07 (Doc. 13). The Court will facilitate an expeditious resolution of the Motion and requires Plaintiffs to respond. The Court expects strict adherence to the deadline in this Order.

Accordingly, it is

**ORDERED:**

1. State Defendants' Time Sensitive Motion is **TAKEN UNDER ADVISEMENT**.

2. By **July 7, 2023**, Plaintiffs shall respond to Defendants' Motion.

---

[1] In future filings, both parties are directed to name the parties being grouped together. For example, in Plaintiff's Motion for Preliminary Injunction, the briefing explains that the "Lake County Defendants" are only the School Board of Lake County, Florida and Diane Kornegay. (Doc. 6 at 7).

**DONE** and **ORDERED** in Jacksonville, Florida this 29th day of June 2023.

*[signature: Brian J. Davis]*

BRIAN J. DAVIS
United States District Judge

8
Copies furnished to:

Counsel of Record