UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Peter Parnell, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>School Board of Lake County, Florida, *et al.*,<br><br>    Defendants. | Case No. 5:23-cv-381 (BJD) (PRL) |

## **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Rachel Slepoi, Esq., proceeding under Local Rule 2.02(c), moves to withdraw from representing Plaintiffs in this action, and declares as follows:

Beginning on July 17, 2023, I will no longer be associated with Selendy Gay Elsberg PLLC. My new position requires my withdrawal in this case.

I certify that my clients consent to the withdrawal. The withdrawal will not result in a person proceeding *pro se*, nor will it result in the continuance of a trial.

Dated: New York, NY  
July 14, 2023

Respectfully submitted,

/s/       *Rachel Slepoi*
Rachel Slepoi
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
rslepoi@selendygay.com

## LOCAL RULE 3.01(G) CERTIFICATION

I, Rachel Slepoi, hereby certify that I have conferred with counsel for the opposing parties. I represent that the Defendants do not oppose the relief sought in this motion.

Dated: New York, NY  
July 14, 2023

/s/       *Rachel Slepoi*
Rachel Slepoi