UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PETER PARNELL, JUSTIN RICHARDSON, E.D.B., Z.T., M.H., D.S., E.S. and E.T.,

    Plaintiffs,

v.    Case No: 5:23-cv-381-BJD-PRL

SCHOOL BOARD OF LAKE COUNTY, FLORIDA, DIANE KORNEGAY, MANNY DIAZ, JR., BEN GIBSON, RYAN PETTY, MONESIA BROWN, ESTHER BYRD, GRAZIE P. CHRISTIE, KELLY GARCIA and MARYLYNN MAGAR,

    Defendants.

## ORDER

This matter is before the Court on the motion of Rachel Slepoi, Esq., to withdraw as counsel of record for Plaintiffs because she is no longer associated with the law firm of Selendy Gay Elsberg PLLC Counsel, which will continue to represent Plaintiffs in this matter. Attorney Slepoi has provided the requisite notice and represents that no party has voiced any objection.

Upon due consideration, the motion (Doc. 40) is **GRANTED**. Rachel Slepoi, Esq. is relieved of further responsibility for the representation of Plaintiffs in this cause.

**DONE** and **ORDERED** in Ocala, Florida on July 18, 2023.

- 2 -

*[signature]*
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties