IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

PETER PARNELL, et al.,

    **Plaintiffs,**

    v.                             No. 5:23-cv-381-BJD-PRL

SCHOOL BOARD OF LAKE
COUNTY, et al.,

    **Defendants.**

_____/

## NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF LEAD COUNSEL

PLEASE TAKE NOTICE of the appearance of JAMES A. MYERS of BOWEN & SCHROTH, P.A. for Defendants School Board of Lake County, Florida and Diane Kornegay, in her official capacity as Superintendent of the Lake County School District.

                                       Respectfully submitted,

                                       BOWEN & SCHROTH, P.A.

                                       \_/s/ James A. Myers_____
                                       JAMES A. MYERS
                                       Florida Bar No. 0106125
                                       600 Jennings Avenue
                                       Eustis, Florida 32726
                                       Telephone (352) 589-1414
                                       Facsimile (352) 589-1726
                                       E-mail address:    jmyers@bowenschroth.com
                                                                        bmckay@bowenschroth.com
                                                                        vzabicki@bowenschroth.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with the Court's CM/ECF system, which will provide notice to all parties, on July 14, 2023.

/s/ James A. Myers
JAMES A. MYERS