July 20, 2023

**Via ECF**

Hon. Brian J. Davis
U.S. District Court for the Middle District of Florida
Bryan Simpson United States Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

Re:   *Parnell, et al. v. School Board of Lake County, Florida, et al.*,
       No. 5:23-cv-381 (M.D. Fla.)

Dear Judge Davis:

We write jointly on behalf of Plaintiffs Peter Parnell, Justin Richardson, E.S., D.S., and M.H. (together, "Movants") and Defendants School Board of Lake County, Florida, and Diane Kornegay (together, the "Lake County Defendants"), pursuant to paragraph 4 of this Court's order dated June 22, 2023, ECF No. 9.

Movants and the Lake County Defendants agree that an evidentiary hearing on Movants' motion for a preliminary injunction is unnecessary and that the hearing should be limited to the written submissions of Movants and the Lake County Defendants, as well as the arguments of counsel at the hearing. Movants and the Lake County Defendants believe that in-person oral argument is appropriate, pursuant to this Court's order dated June 28, 2023, ECF No. 9.

Respectfully submitted,

/s/ Faith E. Gay                                              /s/ Zachary T. Broome

Faith E. Gay                                                  Zachary T. Broome
Selendy Gay Elsberg PLLC                                      Bowen|Schroth
1290 Avenue of the Americas                                   600 Jennings Avenue
New York, New York 10104                                      Eustis, Florida 32726
(212) 390-9000                                                (352) 589-1414
fgay@selendygay.com                                           zbroome@bowenschroth.com