Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000



Faith E. Gay
212.390.9001
fgay@selendygay.com

July 24, 2023

**Via ECF**

Hon. Brian J. Davis
U.S. District Court for the Middle District of Florida
Bryan Simpson U.S. Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

Re:   *Parnell v. School Board of Lake County, Florida*,
      No. 5:23-cv-381

Dear Judge Davis:

I am lead counsel for Movants Peter Parnell, Justin Richardson, D.S., E.S., and M.H. in the above-captioned action. I write to notify the Court that, due to a physical injury, I will be unable to appear for oral argument on Movants' motion for a preliminary injunction on Wednesday, July 26, 2023. Max Siegel will appear for oral argument in my stead.

Sincerely,

/s/ Faith E. Gay

Faith E. Gay

Cc:   All Counsel of Record (via ECF)