# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION[1]

| | |
|---|---|
| PETER PARNELL, et al. | CASE NO. 5:23-cv-381-BJD-PRL |
| v. | |
| SCHOOL BOARD OF LAKE COUNTY, FLORIDA, et al. | |

Counsel for Plaintiffs:
Anna Neill, Esq.
Nancy Fairbank, Esq.
Lauren J. Zimmerman, Esq.
Max H. Siegel, Esq.

Counsel for Defendants:
Zachary Broome, Esq.
James A. Myers, Esq.

## HONORABLE BRIAN J. DAVIS
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Chloe Swinton          Court Reporter: Heather Suarez

## CLERK'S MINUTES

PROCEEDINGS OF HEARING: MOTION HEARING

The Court heard argument from the parties on Plaintiffs Peter Parnell, Justin Richardson, D.S, E.S., and M.H.'s Motion for Preliminary Injunction (Doc. 6).

The motion remains under advisement.

**Order(s) to enter.**

DATE: July 26, 2023
TIME:  1:06 p.m.-2:01 p.m.
TOTAL: 55 minutes

---

[1] The hearing was held in the Jacksonville Division.