IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

PETER PARNELL, et al.,

    Plaintiffs,

    v.                                    No. 5:23-cv-381-BJD-PRL

SCHOOL BOARD OF LAKE
COUNTY, et al.,

    Defendants.

_____/

## DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

Defendant, the School Board of Lake County, by and through the undersigned counsel, hereby files this Request for Judicial Notice pursuant to Fed. R. Evid. 201 and states as follows:

1. This Court may, at any stage of a proceeding, take judicial notice of an adjudicative fact that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b)(2).

2. This Court "must take judicial notice [of an adjudicative fact] if a party requests it and the Court is supplied with the necessary information." FED. R. EVID. 201(c)(2).

3. On July 31, 2023, at a duly noticed special meeting of the School Board of Lake County, Florida (the "Board"), the Board voted unanimously to pass and

adopt Resolution 2023-05 ("the Resolution"). A copy of the Resolution is attached hereto as Exhibit "A".

4. Prior to adopting the Resolution, certain background information and rationale was made available to the public, both through publicly posting the meeting Agenda and Agenda Item Details online and by reading the Agenda Item Details into the record. Copies of the meeting Agenda and the Agenda Item Details are attached hereto as Exhibit "B" and Exhibit "C", respectively.

5. Prior to adopting the Resolution, the Resolution was read into the record in its entirety.

6. Prior to adopting the Resolution, the Board requested and received public comment concerning the Resolution.

7. As indisputable evidence of formal action taken by a public entity, the Resolution is capable of accurate and ready determination by resorting to sources whose accuracy cannot reasonably be questioned. See *10th Street Partners, LLC v. County Commissioners ex rel. Sarasota County, Fla.*, 2012 WL 920201, (M.D. Fla. 2012).

8. A copy of the Resolution is the only "necessary information" needed to support judicial notice thereof. See *Id.*; *Walburn v. City of Naples, Fla.*, 2005 WL 2322002 (M.D. Fla. 2005).

WHEREFORE, Defendant, the School Board of Lake County, Florida, respectfully requests this Court take judicial notice of Resolution 2023-05 and grant such other and further relief as this Court deems necessary and proper to render justice. Dated this 31st day of July, 2023.

                BOWEN & SCHROTH, P.A.

                */s/ James A. Myers*
                ZACHARY T. BROOME (Lead Counsel)
                Florida Bar No. 0091331
                JAMES A. MYERS
                Florida Bar No. 0106125
                600 Jennings Avenue
                Eustis, Florida 32726
                Telephone (352) 589-1414
                Facsimile (352) 589-1726
                E-mail Addresses: zbroome@bowenschroth.com
                                    jmyers@bowenschroth.com
                                    bmckay@bowenschroth.com
                                    vzabicki@bowenschroth.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the Court's CM/ECF system, which will provide notice to all parties, on July 31, 2023.

                */s/ James A. Myers*
                JAMES A. MYERS