

## RESOLUTION 2023-05

A RESOLUTION OF THE SCHOOL BOARD OF LAKE COUNTY, FLORIDA RATIFYING PRIOR ADMINISTRATIVE ACTION CONCERNING COMPLIANCE WITH FLORIDA LAW, PROVIDING DIRECTION REGARDING FURTHER ADMINISTRATIVE ACTION CONCERNING COMPLIANCE WITH FLORIDA LAW, AND PROVIDING AN EFFECTIVE DATE.

**WHEREAS**, the School Board of Lake County, Florida (the "Board') finds that district staff properly erred on the side of caution, in light of informal guidance made available by the Florida Department of Education at that time, when broadly interpreting Section 1001.42(8)(c)3, Florida Statutes as applying to school libraries.

**WHEREAS**, after due consideration at a public meeting of the Board, at which public comment was welcomed, the Board finds that the subsequent administrative decision to accept and adopt the prevailing legal interpretation of Section 1001.42(8)(c)3, Florida Statutes held by other Florida school districts was well reasoned and proper.

**WHEREAS**, the Board finds that the State Board of Education has not yet issued formal rulemaking concerning Section 1001.42(8)(c)3, Florida Statutes, nor has the State Board of Education expressed any intent to do so.

**NOW, THEREFORE, BE IT RESOLVED** by The School Board of Lake County, Florida that:

Section 1.     The above findings are hereby adopted and fully incorporated herein by reference.

Section 2.     The Board hereby ratifies the prior administrative decision to align the Lake County school district with the prevailing legal interpretation of Section 1001.42(8)(c)3, Florida Statutes held by other Florida school districts.

Section 3.     The Board hereby prohibits all district employees from following further informal guidance issued, published, filed, or otherwise disseminated, regardless of format or the method of transmittal, by the State Board of Education, the Florida Commissioner of Education, or the Florida Department of Education regarding the legal interpretation of Section 1001.42(8)(c)3, Florida Statutes.

Section 4.     In accordance with Section 1001.42(15), Florida Statutes, the Board hereby reiterates that it has and will continue to require that all laws of the State of Florida and all rules promulgated by the State Board of Education are complied with and properly enforced.

Section 5.     This resolution shall become immediately effective upon passage.

Section 6.     A copy of this resolution shall be spread upon the official minutes of the Board and distributed by the Chairperson on behalf of the Board.

**PASSED AND ADOPTED** at a duly noticed special meeting of The School Board of Lake County, Florida this 31st day of July, 2023.

Marc Dodd, Chairperson

Mollie Cunningham, Vice Chairperson

Bill Mathias, Board Member

Tyler Brandeburg, Board Member

Acknowledged By:

Diane S. Kornegay

STATE OF FLORIDA
COUNTY OF LAKE

The foregoing was acknowledged before me, by means of physical presence, this 31st day of July, 2023 by Marc Dodd, Mollie Cunningham, Bill Mathias, Tyler Brandeburg, and Diane S. Kornegay, all of whom are personally known to me.

Signature of Notary Public
Print, Type/Stamp Name of Notary
My Commission Expires:



NATALIE A. CHALLENGER
MY COMMISSION # HH 335950
EXPIRES: March 27, 2027