



## Agenda Item Details

| | |
|---|---|
| Meeting | Jul 31, 2023 - Lake County Schools - Special School Board Meeting/Public Hearing-Tentative Budget-Revised |
| Category | 3. TOPICS |
| Subject | 3.03 Ratification of Administrative Action and Direction Regarding Future Administrative Action Concerning Compliance With Florida Law (James Myers, School Board Attorney) |
| Type | |

**BACKGROUND and RATIONALE:**
Prior informal guidance issued by the Florida Department of Education in the form of training materials that covered both Florida House Bill 1557 and Florida House Bill 1467 (now codified in Sections 1001.42 and 1006.28, Florida Statutes, respectively) cautioned Florida school districts to err on the side of caution when selecting and maintaining school library books that are age and developmentally appropriate for students. Erring on the side of caution, as instructed by FDOE, district staff broadly interpreted such guidance to mean that if certain materials were deemed inappropriate by the Florida Legislature as inappropriate for certain grade levels as part of classroom instruction, then those same materials cannot be simultaneously deemed age and developmentally appropriate for those same grade levels in a school library. After learning that other Florida school districts had more narrowly interpreted the application of HB 1557 as not applying to school libraries, which is a position also supported by the State Board of Education, an administrative decision was made to align Lake County Schools with the prevailing legal interpretation of HB 1557. This resolution is intended to ratify that administrative decision and provide clarity before the start of the new school year to Lake Countys parents, students, teachers, and administrators as to what materials will and will not be available in school libraries. This resolution does not affect or otherwise limit any parent rights described in HB 1557.

**ALTERNATIVES:**
1. Adopt Resolution 2023-25 as recommended.
2. Adopt Resolution 2023-25 with amendments.
3. Decline to adopt Resolution 2023-25

**RECOMMENDATION:**
I recommend adoption of Resolution 2023-25.

**FISCAL IMPACT:**
None.

**DATA SOURCE:**
This agenda item was prepared by School Board Attorney, James A. Myers. Additional information may be obtained by calling Mr. Myers at (352) 589-1414.

Board Resolution.pdf (96 KB)