UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PETER PARNELL, et al.,

    Plaintiffs,

v.                                       Case No. 5:23-cv-381-BJD-PRL

SCHOOL BOARD OF LAKE
COUNTY, FLORIDA, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Motion for Preliminary Injunction (Doc. 62).

The Court will facilitate an expeditious resolution of Plaintiffs' request to require Defendants School Board of Escambia County, Florida and Keith Leonard (the "Escambia County Defendants") to restore student access to *And Tango Makes Three*, regardless of grade level in Escambia County public school libraries. The Court will set an expedited briefing schedule in consideration of Plaintiffs' Motion. The Court expects strict adherence to the deadlines established by this Order.

Accordingly, it is

**ORDERED:**

- 2 -

1. Plaintiffs' Motion for Preliminary Injunction (Doc. 62) is **TAKEN UNDER ADVISEMENT.**

2. **By September 1, 2023**, Plaintiff must provide proper proof of service of process upon the Escambia County Defendants.

3. The Escambia County Defendants shall respond, in no more than twenty-five (25) substantive pages, to Plaintiffs' Motion **no later than September 8, 2023. By September 13, 2023**, Plaintiffs may file a reply of no more than seven (7) substantive pages.

4. The Court will set the matter for **HEARING** on Plaintiffs' Motion for Preliminary Injunction (Doc. 62), for **FRIDAY, September 15, 2023, at 9:00 A.M.**, before the Honorable Brian J. Davis, United States District Judge in the United States Courthouse Courtroom No. 12C, Twelfth Floor, 300 North Hogan Street, Jacksonville, Florida 32202.

**DONE and ORDERED** in Jacksonville, Florida this 29th day of August 2023.

BRIAN J. DAVIS
United States District Judge

8
Copies furnished to:
Counsel of Record
Unrepresented Parties