UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PETER PARNELL, et al.,

    Plaintiffs,

v.                                                          Case No. 5:23-cv-381-BJD-PRL

SCHOOL BOARD OF LAKE
COUNTY, FLORIDA, et al.,

    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Defendants Escambia County School Board and Keith Leonard's (Collectively, the Escambia Defendants) Time Sensitive Motion to Transfer Venue to the Northern District of Florida (Doc. 71) filed September 6, 2023, and the Escambia Defendants' Time Sensitive Motion for Extension of Time to Respond to Plaintiffs' Motion for Preliminary Injunction (Doc. 75) filed September 7, 2023. The Court will facilitate an expeditious resolution of the Motion to Transfer Venue and requires Plaintiffs to respond. The Court expects strict adherence to the deadlines in this Order.

    Accordingly, it is

**ORDERED:**

1. Escambia Defendants' Time Sensitive Motion to Transfer Venue to the Northern District of Florida (Doc. 71) is **TAKEN UNDER ADVISEMENT**.

2. By **September 13, 2023**, Plaintiffs shall respond to Defendants' Motion (Doc. 71).

3. Escambia Defendants' Time Sensitive Motion for Extension of Time to Respond to Plaintiffs' Motion for Preliminary Injunction (Doc. 75) is **GRANTED in part**.

    a. Defendants shall respond to Plaintiffs' Motion for Preliminary Injunction by **September 15, 2023**.

    b. Plaintiffs may reply to Defendants' response by **September 20, 2023**.

4. The Hearing on Plaintiffs' Motion for Preliminary Injunction is **RESCHEDULED** for **FRIDAY, September 22, 2023, at 10:00 A.M.**, before the Honorable Brian J. Davis, United States District Judge in the United States Courthouse Courtroom No. 12C, Twelfth Floor, 300 North Hogan Street, Jacksonville, Florida 32202.

**DONE** and **ORDERED** in Jacksonville, Florida this 7th day of September 2023.

_____
BRIAN J. DAVIS
United States District Judge

8
Copies furnished to:
Counsel of Record