# Exhibit A



## Agenda Item Details

| | |
|---|---|
| Meeting | Jun 20, 2023 - REGULAR MEETING AGENDA (5:30 PM) |
| Category | 3. Minutes |
| Subject | G. Minutes-May 30, 2023 Special Meeting (1:00 PM) |
| Access | Public |
| Type | Action |
| Recommended Action | Approval of Minutes-May 30, 2023 Special Meeting (1:00 PM) |

## Public Content

minutes_05_30_23_specmtg.pdf (139 KB)

## Motion & Voting

Approval of Minutes-May 30, 2023 Special Meeting (1:00 PM)

Motion by Bill Slayton, second by Kevin Adams.
Final Resolution: Motion Carries
Yes: Kevin Adams, Paul Fetsko, David Williams, Patty Hightower, Bill Slayton

**Last Modified by Holley DeWees on June 20, 2023**

**SPECIAL MEETING MINUTES – MAY 30, 2023**
*Generated by Holley DeWees on Thursday, June 1, 2023*

**Members present:** Kevin Adams, Paul Fetsko, David Williams, Patty Hightower, Bill Slayton
**Also present:** Ellen Odom, School Board General Counsel
**Not present:** Dr. Tim Smith, Superintendent of Schools

### 1. Call to Order
Procedural: A. Notice of Meeting – Advertised in the *Pensacola News Journal* on May 23, 2023 – Legal No. 5711303

Action: B. Adoption of Agenda
  Motion by Mr. Adams, seconded by Mr. Williams, to adopt the agenda as presented or amended, carried unanimously.

### 2. Items from the Board
Action: A. Appointment of Interim Superintendent
  Motion was made by Mr. Adams and seconded by Mr. Williams to appoint Keith Leonard as Interim Superintendent. [During the May 16, 2023 Regular Meeting, on a 3-2 vote, the School Board approved a motion to terminate Superintendent Dr. Timothy Smith's contract as of May 31, 2023 and asking Mr. Keith Leonard to step in as interim superintendent until School Board can go through recruiting process." The motion currently on the floor was a "formalization of the appointment" given Keith Leonard had communicated his willingness to serve.]
  The following individuals registered to address the School Board regarding this item: Pamela B. Schwartz, representing League of Women Voters; Joe Herron (*yielded time to Pamela B. Schwartz*); Cheryl Ziegler; Jim Taylor; Darryl Riley; Belinda Donaldson; Vicki Baggett; Brenda Godwin (*yielded time to Vicki Baggett*); Carol Cleaver; Jeff Nall (*yielded time to Carol Cleaver*); Isaac Williams; Atlay E. Hale (*yielded time to Isaac Williams*); Paula Montgomery; Sarah Randolph; Lloyd Sloan; Alisha Sloan (*yielded time to Lloyd Sloan*); and Amani Grow (*yielded time to Lloyd Sloan*), Mickey Price; Karen Butler; Skip Butler; Darlyn Butler (*yielded time to Skip Butler*); Sandy Dubus (*yielded time to Skip Butler*); William Tinker; Daniel Nokovich, representing Zero Turn Hero; Frank Jimenez; Darzell Warren, representing Escambia Education Association; Jim Greenfield; Gary Wynne (*yielded time to Jim Greenfield*); Melissa Pino; Kevin Wade (*yielded time to Melissa Pino*); Dr. Washington Thomas; Dr. Tyler Hardeman; Joe Smith (*yielded time to Dr. Tyler Hardeman*); Mary Williams; and Melanie Eubanks.
  Mr. Williams offered a motion to amend with the possibility of revisiting if Ms. Shenna Payne, Deputy Superintendent would consider serving as Interim Superintendent. Mr. Williams requested a short recess to confer with General Counsel regarding his proposed amendment. The Special Meeting reconvened with all School Board Members and General Counsel present. Mr. Williams yielded the floor to Ms. Payne, who expressed her gratefulness that former Superintendent Timothy A. Smith had allowed her the opportunity to serve as Deputy Superintendent. She also expressed appreciation to the individuals who spoke in favor of her being considered for the Interim Superintendent position. Ms. Payne concluded by expressing her willingness to continue serving as Deputy Superintendent under the leadership of Mr. Leonard, who had expressed his willingness to serve as Interim Superintendent. Mr. Williams withdrew his amendment. Motion to appoint Keith Leonard as Interim Superintendent carried unanimously.

Action: B. Establish Interim Superintendent Term Length
  Motion was made by Mrs. Hightower and seconded by Mr. Slayton, to offer an Interim Superintendent contract to January 1, 2024. After discussion, Mr. Adams offered an amendment to the motion, changing the term length to June 1, 2023 through June 30, 2024. The amendment was seconded by Chair Fetsko and approved unanimously. The motion, as

amended, to offer an Interim Superintendent contract from June 1, 2023 through June 30, 2024, carried unanimously.

Action: C. Authorization of Contract Negotiation

Motion was made by Mr. Adams and seconded by Mrs. Hightower, to authorize the School Board Chair to negotiate the Interim Superintendent Contract.

The following individuals registered to address the School Board regarding this item: Celestine Lewis; Barbara A. Hale (*yielded time to Celestine Lewis*); and Betty Carter (*yielded time to Celestine Lewis*).

Motion carried unanimously.

Action: D. Selection of FSBA Board of Director

Motion by Mrs. Hightower, seconded by Mr. Adams, to appoint David Williams, School Board Member-District 3, as the School Board's representative to the FSBA Board of Directors, carried unanimously.

## 3. Public Forum

Information: A. Registration to Address the Board and Rule 1.12 Presentations by Members of the Public

The following individuals registered to address the School Board during Public Forum: Frank Jimenez (*not present when called upon*); Isaac L. Williams (*not present when called upon*); Celestine Lewis; Pueschel Schneier; Aaron Schneier; Madison Franks (*yielded time to Aaron Schneier*); Alexandria Wallace; Dr. Sheldon Payne (*not present when called upon*); Julie Patton (*not present when called upon*); Jerry McIntosh; Joshua Luther; Charles Luther (*yielded time to Joshua Luther*); Melissa Pino; Kevin Wade; Derrick Scott, representing the Escambia Democratic Party; and Roy M. Skinner.

## 4. Adjournment

APPROVED
ESCAMBIA COUNTY SCHOOL BOARD

**JUNE 20 2023**

VERIFIED BY RECORDING SECRETARY